UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

LOUIS GACHELIN and DEBORAH ABRAHAMS,

                                          Case No.: 1:25-cv-03127-PKC-LKE

                  **Plaintiffs,**

    -against-

KAVULICH AND ASSOCIATES P.C.,
GARY KAVULICH,
RENAISSANCE EQUITY HOLDINGS LLC
D, HASHEM HUSSEIN and
A & F PROCESS SERVICE, INC. d/b/a
ALLIED PROCESS SERVICE,

                  **Defendants.**

----------------------------------------------------------------X

### REQUEST FOR CERTIFICATE OF DEFAULT FOR DEFENDANT A & F PROCESS SERVICE INC.

TO:    Brenna Mahoney
          Clerk of Court
          UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF NEW YORK

Please enter the default of defendant A & F Process Service Inc., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached declaration of Ahmad Keshavarz.

Dated:  Brooklyn, New York
          July 14, 2025

                                          Respectfully submitted,

                                          /s/ *Ahmad Keshavarz*

                                          By: _____
                                          Ahmad Keshavarz
                                          The Law Office of Ahmad Keshavarz
                                          16 Court St., 26th Floor
                                          Brooklyn, NY 11241-1026
                                          Fax:   (877) 496-7809
                                          Email: ahmad@NewYorkConsumerAttorney.com