UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------X
LOUIS GACHELIN et. al.,

        Plaintiffs,

- against -

KAVULICH & ASSOCIATES, P.C., et. al.,

        Defendants
------------------------------------------X

Case No.: 1:25-cv-03127-PKC-LKE

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Allen Schwartz of Schwartz Law PLLC appears on behalf of Defendant Renaissance Equity Holdings LLC D.

Dated: New York, New York
      July 29, 2025

SCHWARTZ LAW PLLC

By: __/s/_____
    Allen Schwartz, Esq.
150 Broadway, Suite 701
New York, New York 10038
Tel: 347-460-5379
allen@allenschwartzlaw.com

*Counsel for Defendant Renaissance Equity Holdings LLC D*