UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

LOUIS GACHELIN et. al.,

               Plaintiffs,

- against -

KAVULICH & ASSOCIATES, P.C., et. al.,

               Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Case No.: 1:25-cv-03127-PKC-LKE

**STIPULATION TO EXTEND TIME ANSWER**

**IT IS HEREBY STIPULATED**, by and between the undersigned parties, by and through their respective undersigned counsel, that Defendant Renaissance Equity Holdings LLC D's time to answer or respond to the complaint is hereby extended until on or before August 28, 2025;

**IT IS FURTHER STIPULATED**, that Defendant Renaissance Equity Holdings LLC D's agrees that it will not assert any defenses based on improper or defective service of the Summons and Complaint; and

**IT IS FURTHER STIPULATED**, that this Stipulation may be executed in counterparts and facsimile or electronic signatures shall be as valid as originals.

Dated: New York, New York
      July 29, 2025

SCHWARTZ LAW PLLC

By:__/s/_____
     Allen Schwartz, Esq.
150 Broadway, Suite 701
New York, New York 10038
Tel: 347-460-5379
allen@allenschwartzlaw.com

*Counsel for Defendant Renaissance Equity Holdings LLC D*

| | |
|---|---|
| Dated: New York, New York<br>July 29, 2025 | THE LAW OFFICE OF AHMAD KESHAVARZ<br><br>By:__/s/_____<br>       Ahmad Keshavarz, Esq.<br>16 Court St, Suite 2600<br>Brooklyn, New York 11241<br>Tel: 347-308-4859<br>ahmad@NewYorkConsumerAttorney.com<br><br>*Counsel for Plaintiffs* |