UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X   Case No. 1:25-cv-03127-PKC-LKE

LOUIS GACHELIN and
DEBORAH ABRAHAMS,

                                  Plaintiffs,                **NOTICE OF APPEARANCE**

     -against-

KAVULICH & ASSOCIATES, P.C.,
GARY KAVULICH,
RENAISSANCE EQUITY HOLDINGS LLC D,
HASHEM HUSSEIN, and
A & F PROCESS SERVICE, INC. d/b/a
ALLIED PROCESS SERVICE,

                                  Defendants.

------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that Kavulich & Associates, P.C. hereby appears as Counsel

of record in the above-captioned proceeding on behalf of defendants Kavulich & Associates,

P.C. and Gary Kavulich, and demands that all notices and other papers in this proceeding be

served upon the undersigned at the address stated below.


Dated: Port Chester, NY
       August 5, 2025

                                       **KAVULICH & ASSOCIATES, P.C.**

                                       By: /s/ Gary Kavulich
                                       Gary M. Kavulich, Esq.
                                       181 Westchester Avenue, Suite 301B
                                       Port Chester, NY 10573
                                       Tel: (914) 355-2074
                                       gkavulich@kavulichandassociates.com
                                       *Attorneys for Defendants Kavulich &*
                                       *Associates, P.C. & Gary Kavulich*