UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

LOUIS GACHELIN and DEBORAH ABRAHAMS

     **Plaintiff(s),**

- against -

KAVULICH AND ASSOCIATES P.C., GARY KA

     **Defendant(s),**
-----------------------------------------------------------X

  1:25 Civ. 03127 (PKC)

**CLERK'S CERTIFICATE OF DEFAULT**

I, BRENNA MAHONEY, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that this action was commenced on June 4, 2025 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) A & F Process Service, Inc. by personally serving Bryan Millner, New York Secretary of State, and proof of service was therefore filed on July 7, 2025, Doc. #(s) 8.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated: Brooklyn, New York**

    , 20 25

             **BRENNA MAHONEY**
             **Clerk of Court**

            **By:** _____
              **Deputy Clerk**