UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
LOUIS GACHELIN and DEBORAH ABRAHAMS,

                              Case No.: 1:25-cv-03127- PKC-LKE

                Plaintiffs,

    -against-

KAVULICH AND ASSOCIATES P.C.,
GARY KAVULICH,
RENAISSANCE EQUITY HOLDINGS LLC
D, HASHEM HUSSEIN and
A & F PROCESS SERVICE, INC. d/b/a
ALLIED PROCESS SERVICE,

               Defendants.
---------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I hereby certify that on August 12, 2025, pursuant to Local Rule 55.1(a), I served a copy of the Request for Default, Declaration in Support of the Request for Default, and the proposed Clerk's Certificate of Default on Defendant A & F Process Service d/b/a Allied Process Service by first class mail and by certified return receipt requested, No. 9589071052702428369315.

    A & F Process Service
    P.O. Box 8129
    Hicksville, NY 11802

    I certify under penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York
       August 12, 2025

                                                  /s/ Kevin Gartland

                                                _____
                                                Kevin Gartland
                                                Law Office of Ahmad Keshavarz
                                                16 Court St., 26th Floor
                                                Brooklyn, NY 11241-1026

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Hicksville, NY 11801

Certified Mail Fee  $5.30

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)         $ $0.00
- ☐ Return Receipt (electronic)        $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required           $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage  $0.78

Total Postage and Fees  $10.48

Postmark Here — CADMAN PLAZA STATION AUG 12 2025 USPS 11201 — 08/12/2025

Sent To: AVE PROCESS SERVICE
Street and Apt. No., or PO Box No.: PO Box 8126
City, State, ZIP+4®: HICKSVILLE NY 11802

9589 0710 5270 2428 3693 15

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions