

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LOUIS GACHELIN, et al.,                    Civil Action No. 1:25-cv-03127-PKC-LKE
       Plaintiffs,              **AFFIDAVIT OF SERVICE**
  -vs-

KAVULICH & ASSOCIATES, P.C., et al.,
       Defendants.
-----------------------------------------------------------X
STATE OF NEW YORK  )
                S.S.
COUNTY OF NEW YORK)

    **TYIEM RAMELLO PINDER**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

    That on the 4th day of August, 2025, at approximately the time of 7:57pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT AND JURY DEMAND** upon **HASHEM HUSSEIN** at 1455 Ovington Avenue, Apt. B2, Brooklyn, NY 11219, by personally delivering and leaving the same with **MANA HUSSEIN,** a person of suitable age and discretion at that address, the actual place of residence. At the time of service, deponent asked **MANA HUSSEIN** whether **HASHEM HUSSEIN** is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

    **MANA HUSSEIN** is a Middle Eastern female, approximately 50 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 160 pounds with black hair and brown eyes.

    That on the 5th day of August, 2025, deponent served another copy of the foregoing upon **HASHEM HUSSEIN** by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and

#309103

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com



depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**HASHEM HUSSEIN**
1455 Ovington Avenue
Apt. B2
Brooklyn, NY 11219

**TYIEM RAMELLO PINDER, #2026027**
Sworn to before me this
11th day of August, 2025

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
Notary Public-State of New York
No. 01GO5062405
Qualified in New York County
Commission Expires July 01, 2026

#309103

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com