**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X
**LOUIS GACHELIN and DEBORAH ABRAHAMS,**

                                          **Case No.: 1:25-cv-03127-PKC-LKE**

                **Plaintiffs,**

       **-against-**

**KAVULICH AND ASSOCIATES P.C.,**
**GARY KAVULICH,**
**RENAISSANCE EQUITY HOLDINGS LLC**
**D, HASHEM HUSSEIN and**
**A & F PROCESS SERVICE, INC. d/b/a**
**ALLIED PROCESS SERVICE,**


                **Defendants.**
---------------------------------------------------------------X

### REQUEST FOR CERTIFICATE OF DEFAULT FOR DEFENDANT HASHEM HUSSEIN

TO:    Brenna Mahoney
        Clerk of Court
        UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK

Please enter the default of defendant Hashem Hussein, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached declaration of Ahmad Keshavarz.

Dated:  Brooklyn, New York
          August 27, 2025

                        Respectfully submitted,


                           */s/ Ahmad Keshavarz*

                        By: _____
                        Ahmad Keshavarz
                        The Law Office of Ahmad Keshavarz
                        16 Court St., 26th Floor
                        Brooklyn, NY 11241-1026
                        Phone: (718) 522-7900
                        Fax:    (877) 496-7809
                        Email: ahmad@NewYorkConsumerAttorney.com