**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

LOUIS GACHELIN and DEBORAH ABRAHAM

                **Plaintiff(s),**

- against -

KAVULICH AND ASSOCIATES P.C., GARY KA

                **Defendant(s),**
-------------------------------------------------------------X

1:25 Civ. 03127 (PKC)

**CLERK'S CERTIFICATE**
**OF DEFAULT**

     **I, BRENNA MAHONEY, Clerk of the United States District Court for the Eastern District of New York**, do hereby certify that this action was commenced on June 4, 2025 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Hashem Hussein by personally serving Mana Hussein, and proof of service was therefore filed on August 13, 2025, Doc. #(s) 16.

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: Brooklyn, New York**

               , 20 25

                                              **BRENNA MAHONEY**
                                              **Clerk of Court**

                                 **By:** _____
                                          **Deputy Clerk**