UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
LOUIS GACHELIN and DEBORAH ABRAHAMS,

                                        Case No.: 1:25-cv-03127- PKC-LKE

                    Plaintiffs,

    -against-

KAVULICH AND ASSOCIATES P.C.,
GARY KAVULICH,
RENAISSANCE EQUITY HOLDINGS LLC
D, HASHEM HUSSEIN and
A & F PROCESS SERVICE, INC. d/b/a
ALLIED PROCESS SERVICE,

                    Defendants.
---------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I hereby certify that on August 27, 2025, pursuant to Local Rule 55.1(a), I served a copy of the Request for Default, Declaration in Support of the Request for Default, and the proposed Clerk's Certificate of Default on Defendant Hashem Hussein by first class mail and by certified return receipt requested, No. 9589071052702428369315.

    Hashem Hussein
    1455 Ovington Ave, Apt B2
    Brooklyn, NY 11219
    I certify under penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York
       August 28, 2025

                                                                /s/ Kevin Gartland

                                                               Kevin Gartland
                                                               Law Office of Ahmad Keshavarz
                                                                16 Court St., 26th Floor
                                                                Brooklyn, NY 11241-1026