UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
Jamel Washington,

                  Plaintiff,

v.

The People of The State of New York, et al.,

                  Defendants.
------------------------------------------------------------------------------ X

JUDGMENT
25-CV-2070 (DG)(TAM)

      A Memorandum and Order of the Honorable Diane Gujarati, United States District Judge, having been filed on August 26, 2025, granting Plaintiff's Motion for Leave to Proceed *in forma pauperis*, ECF No. 7; dismissing the Complaint, ECF No. 1, in its entirety, without prejudice; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal; it is

      ORDERED and ADJUDGED that Judgment is hereby entered in favor of Defendants; that the Complaint, ECF No. 1, is dismissed in its entirety, without prejudice; that pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this Order would not be taken in good faith; and *in forma pauperis* status is denied for the purpose of an appeal.

Dated: Brooklyn, NY
       September 3, 2025

Brenna B. Mahoney
Clerk of Court

By: */s/Jalitza Poveda*
         Deputy Clerk

1