U.S. District Court
Eastern District of New York (Brooklyn)
Civil Docket For Case # 1:25 CV 03127-PKC&KE

REC'D IN PRO SE OFFICE
SEP 5 '25 PM 12:44

RECEIVED
SEP 05 2025
PRO SE OFFICE

ORIGINAL

Dear Judge,

First I would like to thank you for your time. My name is Hashem Hussein. I was recently informed by my ex employer that I was named on a lawsuit. I was never informed of this lawsuit nor served paperwork on said case. Upon coming to the courthouse I learned that there was a service which stated personal. My name is not Mona Hussein nor am I a family as stated by process server. I have moved to 27 Frank Ave Buffalo NY 14210. There is no one in my entire family with that name and or description. Nexus search shows person doesn't even exist. I can also provide multiple affedivits supporting this. I have been in buffalo caring for my father since May. I ask to be allowed to defend myself in this matter. If possible I will need 60-90 days to review and respond.

HHussein1455@Gmail
(347) 678-8878

Hashem Hussein
09-05-2025