UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
LOUIS GACHELIN and DEBORAH ABRAHAMS,

                                                                  Case No.: 1:25-cv-03127- PKC-LKE

                            Plaintiffs,

     -against-

KAVULICH AND ASSOCIATES P.C.,
GARY KAVULICH,
RENAISSANCE EQUITY HOLDINGS LLC
D, HASHEM HUSSEIN and
A & F PROCESS SERVICE, INC. d/b/a
ALLIED PROCESS SERVICE,

                            Defendants.
---------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

       I hereby certify that on September 12, 2025, pursuant to the Court's order of September 2, 2025, I served a copy of the docket sheet and the court's September 2, 2025 Order on Defendants A & F Process Service d/b/a Allied Process Service and Hashem Hussein at each known address of each of the foregoing defendants by first class mail and by certified return receipt requested, with the following receipt numbers: No. 9589071052702670985721 to A & F Process Service, Inc. at 2059 Merrick Road, Suite 303, Merrick, NY 11566; No. 9589071052702670985738 to A & F Process Service, Inc. at P.O. Box 8129, Hicksville, NY 11802; No. 9589071052702670985714 to Hashem Hussein at 27 Frank Ave, Buffalo, NY 14210; and No. 9589071052702670985707 to Hashem Hussein at 1455 Ovington Ave, Apt. B2, Brooklyn, NY 11219. Attached to this filing are the certified mail receipts.

       I certify under penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York
       September 12, 2025

                                                         /s/ Kevin Gartland

                                                          _____
                                                          Kevin Gartland
                                                          Law Office of Ahmad Keshavarz
                                                          16 Court St., 26th Floor
                                                          Brooklyn, NY 11241-1026