UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------x

LOUIS GACHELIN and
DEBORAH ABRAHAMS,
                Plaintiff,

-against-

KAVULICH & ASSOCIATES, P.C.,
GARY KAVULICH,
RENAISSANCE EQUITY HOLDINGS LLC D,
HASHEM HUSSEIN, and
A & F PROCESS SERVICE, INC. d/b/a
ALLIED PROCESS SERVICE,

                Defendant(s).

------------------------------------------x

**NOTICE OF APPEARANCE**

25-CV-3127

S I R S:

    PLEASE TAKE NOTICE THAT the defendant, **A & F PROCESS SERVICE, INC. d/b/a ALLIED PROCESS SERVICE**, hereby appears in the above-entitled action and that the undersigned has been retained as counsel for said defendant therein.

Dated: September 19, 2025

_____
ARTHUR SANDERS, ESQ. (AS1210)
BARRON & NEWBURGER, P.C.
Attorneys for defendant- A & F Process
Service, Inc. d/b/a Allied Process Service
30 South Main Street
New City, NY  10956
845-499-2990