

Allen Schwartz, Esq.
150 Broadway, Suite 701
New York, NY 10038
(347) 682-5075
allen@allenschwartzlaw.com

September 19, 2025

**VIA ECF**

Honorable Lara K. Eshkenazi
United States District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:** *Gachelin et al v. Kavulich & Associates, P.C. et al*, 1:25-cv-03127-PKC-LKE

Dear Judge Eshkenazi:

  I represent Defendant Renaissance Equity Holdings LLC D ("**Renaissance**") and write to request an extension of time to submit a joint proposed discovery schedule from the current deadline of September 23, 2025. The undersigned is observant of the Rosh Hashanah holiday, which begins at sundown on September 22, 2025, and ends at nightfall on September 24, 2025, and does not work during the holiday. The undersigned will also be traveling to Chicago, Illinois just before and after the holiday to celebrate the holiday with family. Additionally, counsel appeared today on behalf of Defendant A & F Process Service Inc., who will presumably also wish to have input into any proposed discovery schedule (ECF 24). Further, Renaissance has so far encountered communication difficulties with some of the other parties, though not with Plaintiff, with respect to conferral.

  Finally, Renaissance intends to file a letter motion to stay discovery pending the resolution of its motion to dismiss and was able to confer by email and telephone with Plaintiffs' counsel, who informed me that Plaintiffs would oppose such an application. Renaissance has so far been unable to conduct a telephonic meet and confer with other parties. Renaissance will seek to file the letter motion seeking to stay discovery after further attempts to meet and confer with the other parties, together with any joint proposed discovery schedule, or, in any event, in advance of the initial conference.

  I am informed that Plaintiffs and Defendant A&F Process Serving Inc. consent to adjourn the deadline to file the joint proposed discovery schedule from September 23, 2025 to September 26, 2025.

                Sincerely,
                /s/ Allen Schwartz, Esq.