UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
GACHELIN et. al.,

          Plaintiffs,

  - against -

KAVULICH & ASSOCIATES, P.C. et. al.,

          Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Case No.: 1:25-cv-03127 (PKC) (LKE)

**PROOF OF SERVICE**

    ALLEN SCHWARTZ, Esq., an attorney duly admitted to practice law before this Court, declares pursuant to 28 U.S.C. § 1746, as follows:

    On September 19, 2025, I caused Hashem Hussein to be served at his listed address of 27 Frank Ave., Buffalo, NY 18210 with the Letter Motion Seeking to Extend the Deadline to Submit the Joint Proposed Discovery Schedule via US Mail.

    Executed on September 19, 2025.

                                                        By: _____/s/_____
                                                               Allen Schwartz, Esq.