

**BARRON & NEWBURGER, PC**

**Arthur Sanders**
*Attorney*

• Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

September 22, 2025

Hon. Lara K. Eshkenazi
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   GACHELIN & ABRAHAMS v. A & F PROCESS SERVICE, INC., et al
      Docket No. 25-CV-3127

Dear Judge Eshkenazi:

Please be advised that this office has been retained to represent defendant A & F Process Service, Inc., d/b/a Allied Process Service. This letter is written to request that the Court vacate the previously entered clerk's entry of default and that the Court extend defendant's time to answer the complaint to October 3, 2025. Plaintiff consents to this relief and a stipulation is attached hereto.

This office was just retained late last week and we just filed a Notice of Appearance on September 19, 2025. This application will not affect any discovery schedule as no discovery schedule has yet been entered. There is an initial court conference scheduled for September 30, 2025 and I will be attending that court conference on behalf of my client.

This is the first request for an extension of time on behalf of A & F Process Service, Inc. and is made with the consent of plaintiff's counsel.

Sincerely,

BARRON & NEWBURGER, P.C.

_____
By: Arthur Sanders

as/ctw