UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------x
LOUIS GACHELIN and
DEBORAH ABRAHAMS,                          STIPULATION EXTENDING
                                           DEFENDANT'S TIME TO
                Plaintiff,                 ANSWER COMPLAINT

        -against-                          25-cv-3127

KAVULICH & ASSOCIATES, P.C.,
GARY KAVULICH,
RENAISSANCE EQUITY HOLDINGS LLC D,
HASHEM HUSSEIN, and
A & F PROCESS SERVICE, INC. d/b/a
ALLIED PROCESS SERVICE,

                Defendant(s).
------------------------------------------x

Plaintiffs, by their attorney, AHMAD KESHAVARZ, ESQ., and defendant, **A & F PROCESS SERVICE, INC. d/b/a ALLIED PROCESS SERVICE**, by its attorneys Barron & Newburger, P.C., hereby stipulate and agree as follows:

1. That entry of default, previously filed against the defendant, is hereby vacated.

2. That defendant's time to answer or otherwise respond to the complaint be extended to October 3, 2025.


Dated:  New City, NY
        September 19, 2025

    S/                                          9/M/

_____           _____
Ahmad Keshavarz, Esq.                 Arthur Sanders, Esq.
Law Office of Ahmad Keshavarz         Barron & Newburger, P.C.
Attorneys for Plaintiff               Attorneys for defendant-A & F Process
16 Court St., Suite 2600              Service, Inc. d/b/a Allied Process Service
Brooklyn, NY 11241                    30 South Main Street
                                      New City, NY 10956