

|  |  |
|---|---|
|  | Allen Schwartz, Esq.<br>150 Broadway, Suite 701<br>New York, NY 10038<br>(347) 682-5075<br>allen@allenschwartzlaw.com |

**VIA ECF**                                                                                September 29, 2025

Honorable Lara K. Eshkenazi
United States District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  *Gachelin et al v. Kavulich & Associates, P.C. et al*, 1:25-cv-03127-PKC-LKE

Dear Judge Eshkenazi:

        I represent Defendant Renaissance Equity Holdings LLC D ("Renaissance") and write jointly with Plaintiffs and Defendants Kavulich & Kavulich P.C., Gary Kavulich, Esq., and A & F Process Service, Inc. (the "Participating Parties").

        The Participating Parties were unable to hold a Rule 26 conference with Defendant Hashem Hussain despite multiple written requests for his participation. The Participating Parties were able to confer without him and attach to this letter a joint proposed discovery schedule.

        Finally, Renaissance has filed, or will file, a letter motion to stay discovery. The submission of this discovery schedule is without waiver of its request for a stay of discovery pending the resolution of its motion to dismiss.

                                                      Sincerely,
                                                      /s/ Allen Schwartz, Esq.