Case Name: Gachelin et al. v. Kavulich and Associates, P.C., et al.     Case Number: 1:25     CV -03127 (PKC) (LKE)

## PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1.  Rule 26(f) Conference held | | | 9/26/2025 |
| 2.  Rule 26(a)(1) disclosures exchanged | | | 14 days from conference |
| 3.  Requested:          *parties disagree about applicability and will address at conference | | | |
|    a.  Medical records authorization | | | |
|    b.  Identification of John Doe/Jane Doe defendants | Not Applicable | | |
| 4.  Procedures for producing Electronically Stored Information (ESI) discussed | Not applicable | | |
| 5.  Protective Order to be submitted for court approval (_see_ Standing Protective Order on the Chambers website) | | *parties will circulate proposal before conference and any disagreements will be addressed at conference | |
| **B. SETTLEMENT PLAN** | | | |
| 1.  Plaintiff to make settlement demand | | | Three weeks prior to mediation |
| 2.  Defendant to make settlement offer | | | One week prior to mediation |
| 3.  Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | If parties cannot agree on a private mediator | | -see below regarding settlement conference |
| 4.  Settlement Conference (proposed date)     *Parties disagree on a settlement conference vs. mediation and will address at conference and any date for such a settlement conference or mediation. | | | |
| **C. PROPOSED DEADLINES** | | | |
| 1.  Motion to join new parties | | | 12/29/2025 |
| 2.  Motion to amend pleadings | | | 12/29/2025 |
| 3.  Initial documents requests and interrogatories | | | 11/30/2025 |
| 4.  All fact discovery to be completed | | | 4/28/2026 |
| 5. Joint status report certifying the close of fact discovery (one week later) | | | 5/5/2026 |

| | | | |
|---|---|---|---|
| 6. Expert discovery (only if needed) | | *Check here if not applicable* | × |

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
|    a. Affirmative expert reports due | | | |
|    b. Rebuttal expert reports due | | | |
|    c. Depositions of experts to be completed | | | |
| 7. Completion of all discovery (if different from C.4) | | | |
| 8. Joint status report certifying close of all discovery and indicating whether dispositive motion is anticipated (one week later) | | | **5/5/2026** |
| 9. If any party seeks a dispositive motion, date to<br>   a. file request for pre-motion conference (if required), or<br>   b. file briefing schedule for the motion | | | **5/28/2026** |
| 10. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | **7/27/2026** |

| **D. CONSENT TO MAGISTRATE JUDGE JURISDICTION** | | |
|---|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motions? | ☐ Yes<br>× No | |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes<br>× No | |

| **E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY** | | | |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | | |
|    a. Response due | | | |
|    b. Reply due | | | |
| 2. Motion for Rule 23 class certification | | | |
|    a. Response due | | | |
|    b. Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____

**LARA K. ESHKENAZI**
United States Magistrate Judge

                                _____
                                  **Date**