UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------X
GACHELIN et. al.,

              Plaintiffs,

   - against -

KAVULICH & ASSOCIATES, P.C. et. al.,

              Defendants
---------------------------------------X

Case No.: 1:25-cv-03127 (PKC) (LKE)

**PROOF OF SERVICE**

    ALLEN SCHWARTZ, Esq., an attorney duly admitted to practice law before this Court, declares pursuant to 28 U.S.C. § 1746, as follows:

    On September 29, 2025, I caused Hashem Hussein to be served via US Mail at his listed address of 27 Frank Ave., Buffalo, NY 18210 with the Letter Motion Seeking to Stay Discovery (ECF 30), and the letter attaching a proposed discovery schedule (ECF 29).

    Executed on September 29, 2025.

By: _____/s/_____
      Allen Schwartz, Esq.