UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
LOUIS GACHELIN and
DEBORAH ABRAHAMS,                                    **ANSWER**

              Plaintiff,            25-cv-3127

       -against-

KAVULICH & ASSOCIATES, P.C.,
GARY KAVULICH,
RENAISSANCE EQUITY HOLDINGS LLC D,
HASHEM HUSSEIN, and
A & F PROCESS SERVICE, INC. d/b/a
ALLIED PROCESS SERVICE,

             Defendants.
------------------------------------x

       Defendant, **A & F PROCESS SERVICE, INC. d/b/a ALLIED PROCESS SERVICE,** by its attorneys, Barron & Newburger, P.C., answers plaintiffs' complaint as follows:

### SUMMARY OF CLAIMS

       Defendant has no knowledge and takes no position with respect to the Summary of Claims contained in plaintiffs' complaint as they pertain to the actions of co-defendants, Kavulich & Associates, P.C., Gary Kavulich and Renaissance Equity Holdings LLC D.  In addition, Defendant denies the allegations regarding the answering defendant.

## JURISDICTION AND VENUE

1.    Defendant admits the allegations contained in paragraph "1" of the complaint.

2.    Defendant admits the allegations contained in paragraph "2" of the complaint.

3.    Defendant denies each and every allegation contained in paragraph "3" of the complaint.

4.    Defendant admits the allegations contained in paragraph "4" of the complaint.

## THE PARTIES

5.    Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "5" of the complaint.

6.    Defendant admits the allegations contained in paragraph "6" of the complaint.

7.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

8.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

9.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

10.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

11.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

12.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

13.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

14.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

15.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

16.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

17.    Defendant admits that it is a licensed process serving agency but otherwise denies the allegations contained in paragraph "17" of the complaint.

## STATEMENT OF FACTS

### The Housing Court Lawsuit

18.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

19.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

20.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

21.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

22.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

23.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

**The Kavulich Defendants, on behalf of Renaissance, File a Civil Court Collection Lawsuit for the Rental Arrears Already Settled in Housing Court**

24.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

25.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

26.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

27.    Defendant admits the allegations contained in paragraph "27" of the complaint.

28.    Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "28" of the complaint.

29.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

30. This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

31. Defendant denies each and every allegation contained in paragraph "31" of the complaint.

32. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "32" of the complaint.

33. This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

34. This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

35. This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

36. This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

37. This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

38.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

**Defendants Inflicted Substantial Garden-Variety Emotional Distress Damages and Economic Damages on This Limited Income Retired Couple**

39.    Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "39" of the complaint.

40.    Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "40" of the complaint.

41.    Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "41" of the complaint.

42.    Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "42" of the complaint.

43.    Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "43" of the complaint.

44.    Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "44" of the complaint.

45.    Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "45" of the complaint.

46.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

47.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

48.    Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "48" of the complaint.

49.    Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "49" of the complaint.

## Systematic Sewer Service by the Process Server Defendants' for Kavulich Defendants and Renaissance

50.    Defendant denies each and every allegation contained in paragraph "50" of the complaint.

51.    Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "51" of the complaint.

52.   Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "52" of the complaint.

53.   Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "53" of the complaint.

54.   Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "54" of the complaint.

55.   Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "55" of the complaint.

56.   Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "56" of the complaint.

57.   Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "57" of the complaint.

58.   Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "58" of the complaint.

59. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "59" of the complaint.

60. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "60" of the complaint.

61. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "61" of the complaint.

62. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "62" of the complaint.

63. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "63" of the complaint.

64. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "64" of the complaint.

65. Defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph "65" of the complaint.

**Kavulich Defendants Have A History Of Failing To Perform Meaningful Attorney Review, And Have Previously Been Sued For It Multiple Times**

66.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

67.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

68.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

69.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

70.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

71.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

### Prage v. Kavulich

72.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

73.   This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

74.   This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

75.   This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

76.   This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

77.   This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

**Morales v. Kavulich**

78.   This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

79.   This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

80.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

81.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

82.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

83.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

84.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

85.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

### Creary v. Kavulich

86.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

87. This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

88. This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

89. This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

90. This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

91. This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

92. This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

93. This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

94.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

### State Court Cases

95.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

96.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

97.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

98.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

99.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

### Defendants Attempted to Use the Collection Lawsuit to Coerce Mr. Gachelin Into Waiving His Rights to Hold Defendants Accountable for the Illegality of the Collection Lawsuit

100.   This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

101.   This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

102.   This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

103.   This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

## CLAIMS

### FIRST COUNT

### Violations of the Fair Debt Collection Practices Act (as to Kavulich Defendants)

104.   This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

105.   This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

106.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

107.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

108.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

109.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

110.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

111.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

112.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

113.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

114.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

115.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

## SECOND COUNT

## Deceptive Acts or Practices in Violation of New York Business Law § 349 (as to all Defendants)

116.    Defendant repeats and realleges its previous admissions and denials contained in paragraphs "1" through "115" of the complaint.

117.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

118.    Defendant denies each and every allegation contained in paragraph "118" of the complaint.

119.    Defendant denies each and every allegation contained in paragraph "119" of the complaint.

120.   Defendant denies each and every allegation contained in paragraph "120" of the complaint.

121.   Defendant denies each and every allegation contained in paragraph "121" of the complaint.

122.   Defendant denies each and every allegation contained in paragraph "122" of the complaint.

123.   Defendant denies each and every allegation contained in paragraph "123" of the complaint.

124.   Defendant denies each and every allegation contained in paragraph "124" of the complaint.

125.   Defendant denies each and every allegation contained in paragraph "125" of the complaint.

126.   Defendant denies each and every allegation contained in paragraph "126" of the complaint.

127   Defendant denies each and every allegation contained in paragraph "127" of the complaint.

128.   Defendant denies each and every allegation contained in paragraph "128" of the complaint.

129.   Defendant repeats and realleges its previous admissions and denials contained in paragraphs "1" through "128" of the complaint.

130.   Defendant denies each and every allegation contained in paragraph "130" of the complaint.

131. Defendant denies each and every allegation contained in paragraph "131" of the complaint.

132. Defendant denies each and every allegation contained in paragraph "132" of the complaint.

133. Defendant denies each and every allegation contained in paragraph "133" of the complaint.

**FOURTH COUNT**

**N.Y. Judiciary Law § 487 (as to Kavulich Defendants)**

134. This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

135. This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

136. This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

137. This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

**FIFTH COUNT**

**Violations of N.Y.C. Admin, Code § 20-409.2 (as to Hussein and Allied)**

138.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

139.    This paragraph contains no factual allegations directed against the answering defendant and does not require an admission or denial.

140.    Defendant denies each and every allegation contained in paragraph "140" of the complaint.

141.    Defendant denies each and every allegation contained in paragraph "141" of the complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

142.    Plaintiffs have failed to mitigate damages.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

143.    Plaintiffs have not incurred concrete injuries under Article III of the U.S. Constitution and are entitled to no compensation.

WHEREFORE, defendant respectfully requests that plaintiff's complaint be dismissed.

Dated:  New City, NY
        October 1, 2025

                                    _____
                                    ARTHUR SANDERS, ESQ.
                                    BARRON & NEWBURGER, P.C.
                                    Attorneys for defendant –
                                    A & F Process Service, Inc.
                                    30 South Main Street
                                    New City, NY  10956
                                    845-499-2990


TO:
AHMAD KESHAVARZ, ESQ.
The Law Office of Ahmad Keshavarz
Attorney for plaintiffs
16 Court St., 26th Floor
Brooklyn, NY  11241
ahmad@newyorkconsumerattorney.com

Gary Kavulich
Kavulich & Associates, P.C.
Attorneys for Gary Kavulich and
Kavulich & Associates, P.C.
181 Westchester Ave, Suite 500c
Port Chester, NY 10573
Gkavulich@kavulichandassociates.com

ALLEN SCHWARTZ, ESQ.
SCHWARTZ LAW, PLLC
Attorneys for Renaissance Equity Holdings LLC D
150 Broadway, Suite 701
New York, NY 10038
Allen@allenschwarzlaw.com