UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LOUIS GACHELIN and
DEBORAH ABRAHAMS,

       Plaintiffs,     Case No: 1:25-cv-03127-PKC-LKE

  -against-

KAVULICH & ASSOCIATES, P.C.,
GARY KAVULICH,
RENAISSANCE EQUITY HOLDINGS LLC D,
HASHEM HUSSEIN, and
A & F PROCESS SERVICE, INC. d/b/a
ALLIED PROCESS SERVICE,

       Defendants.

---

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) and (b) of the Federal Rules of Civil Procedure, Defendant Kavulich & Associates, P.C. states that it is a professional corporation which does not have any parent corporation(s) and no publicly-held corporation owns 10% or more of its stock.

Dated: October 2, 2025

               KAVULICH & ASSOCIATES, P.C.

               _____
               Gary M. Kavulich, Esq.
               State Bar No. 2895977
               181 Westchester Ave., Suite 500C
               Port Chester, NY 10573
               (914) 355-2074
               gkavulich@kavulichandassociates.com
               Defendant, *pro se*