UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LOUIS GACHELIN and DEBORAH ABRAHAMS,
Plaintiffs,
v.
KAVULICH & ASSOCIATES, P.C., GARY KAVULICH, RENAISSANCE EQUITY HOLDINGS LLC D, HASHEM HUSSEIN, and A & F PROCESS SERVICE, INC. d/b/a ALLIED PROCESS SERVICE,
Defendants.

Case No. 1:25-cv-03127-PKC-LKE

ANSWER OF DEFENDANT HASHEM HUSSEIN

Defendant Hashem Hussein ("Defendant"), by and for himself, hereby answers the Complaint as follows:

## I. RESPONSES TO ALLEGATIONS

Unless otherwise stated, Defendant denies each and every allegation in the Complaint.

1. Defendant denies the allegations in Paragraphs 1–3 regarding jurisdiction and venue, except admits that he resides in New York.
2. Defendant denies the allegations in Paragraphs 16–17 regarding his conduct and relationship with Allied Process Service.
3. Defendant denies the allegations in Paragraphs 26–28 regarding the affidavit of service and the description of the individual allegedly served.
4. Defendant denies the allegations in Paragraphs 50–65 regarding systematic misconduct, statistical impossibility, and service records.
5. Defendant denies all allegations of deceit, collusion, gross negligence, and violations of FDCPA, NY GBL § 349, NY Judiciary Law § 487, and NYC Admin Code § 20-409.2.
6. Defendant denies that Plaintiffs suffered damages as a result of any conduct attributable to him.
7. Defendant lacks sufficient knowledge to admit or deny the allegations in Paragraphs 4–15, 18–25, and 29–49, and therefore denies them.

## II. AFFIRMATIVE DEFENSES

Without conceding any liability, Defendant asserts the following defenses:
1. Failure to State a Claim
The Complaint fails to state a claim upon which relief can be granted against Defendant Hussein.

## 2. Improper Service / Lack of Personal Jurisdiction

Plaintiffs have not demonstrated proper service of process on Defendant Hussein, and therefore the Court lacks personal jurisdiction.

## 3. Settlement and Release

Any alleged debt was previously settled and released in housing court, barring further claims.

## 4. No Causation

Defendant Hussein did not cause the alleged harm. Any damages suffered by Plaintiffs were the result of actions by other parties.

## 5. Lack of Knowledge or Intent

Defendant acted in good faith and without knowledge of any alleged wrongdoing or misrepresentation.

## 6. Comparative Fault

To the extent any damages occurred, they were caused by Plaintiffs' own actions or by third parties over whom Defendant had no control.

## 7. Statute of Limitations

Some or all claims may be barred by applicable statutes of limitations.

## 8. No Damages

Plaintiffs have not suffered any legally cognizable damages attributable to Defendant Hussein.

## III. COUNTERCLAIMS AGAINST PLAINTIFFS

### A. Abuse of Process

1. Plaintiffs knowingly initiated a federal lawsuit against Defendant Hussein based on a settled debt and a dismissed state court action.
2. Plaintiffs mischaracterized Defendant's role and conduct, using litigation as a tool to harass and intimidate.
3. The process was used for an ulterior purpose: to extract damages and publicize alleged misconduct without factual basis.
4. Defendant has incurred reputational harm, emotional distress, and legal expenses as a result.

WHEREFORE, Defendant demands judgment against Plaintiffs for compensatory and punitive damages, costs, and any other relief the Court deems just.

### B. Defamation

1. Plaintiffs published false statements in a publicly filed complaint alleging that Defendant executed fraudulent affidavits and engaged in systematic misconduct.
2. These statements were made with reckless disregard for the truth and have harmed Defendant's professional reputation.
3. Plaintiffs failed to investigate the facts before making defamatory allegations.

WHEREFORE, Defendant demands judgment against Plaintiffs for actual and punitive damages, costs, and any other relief the Court deems just.

## IV. PRAYER FOR RELIEF

WHEREFORE, Defendant respectfully requests that:

- The Complaint be dismissed with prejudice as to Defendant Hussein;
- Plaintiffs take nothing by way of their Complaint;
- The Court grant such other and further relief as it deems just and proper.

## V. JURY DEMAND

Defendant demands a trial by jury on all issues so triable.

## VI. CERTIFICATE OF SERVICE

I certify that on October 14,2025, I served a copy of this Answer on Plaintiffs' counsel via email (Ahmad@newyorkconsumerattorney.com)
Respectfully submitted,
Hashem Hussein
27 Frank ave
Buffalo,ny 14210
hhussein1455@gmail.com
Date: October 14 2025

*[Signature]* 10, 14, 2025