# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT STREET, #2600
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

October 17, 2025

**VIA ECF**

Honorable Lara K. Eshkenazi
United States District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Plaintiff's Motion to Vacate the Default of Defendant Hashem Hussein.**
*Gachelin et al v. Kavulich & Associates, P.C. et al*, 1:25-cv-03127-PKC-LKE

Dear Judge Eshkenazi:

This office represents Plaintiffs Louis Gachelin and Deborah Abrahams in their suit against the debt collection law firm Kavulich & Associates, P.C. and the firm's principal, Gary Kavulich (collectively Kavulich), as well as Hashem Hussein and A & F Process Service, Inc. d/b/a Allied Process Service ("Allied") (collectively "Process Server Defendants"), for their violations of the FDCPA; against a putative creditor and former landlord Renaissance Equity Holdings LLC D ("Renaissance"), Kavulich and the Process Server Defendants for violations New York GBL § 349 and for negligence and gross negligence; and against Kavulich for violating New York Judiciary Law § 487.

Plaintiffs file this letter pursuant to Your Honor's order of October 1, 2025, directing them to vacate the default against Defendant Hashem Hussein by October 17, 2025, upon his filing of an answer waiving defenses related to service of process by October 14, 2025. Defendant Hussein filed an initial answer raising these defenses [Dkt. No. 37] but on the same day he filed an amended answer withdrawing them [Dkt. No. 38].

Consequently, Plaintiffs consent and move to vacate Defendant Hussein's default.

Respectfully,

/s/

Ahmad Keshavarz

cc: All parties via ECF