UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LOUIS GACHELIN and DEBORAH ABRAMS,

       Plaintiffs            Case No. 25-cv-03127-PKC-LKE

   -against-

KAVULICH & ASSOCIATES, P.C.,
GARY KAVULICH,
RENAISSANCE EQUITY HOLDINGS LLC D,
HASHEM HUSSAIN, , and A & F PROCESS
SERVICE, INC. d/b/a ALLIED PROCESS SERVICE

       Defendants
-------------------------------------------------------------------X

### RENNAISANCE EQUITY HOLDINGS LLC D'S RULE 7.1 DISCLOSURE

Defendant Renaissance Equity Holdings LLC D lists as its parent entities the following: Renaissance Equity Holdings LLC, Clipper Realty L.P., and Clipper Realty Inc. Defendant Renaissance Equity Holdings LLC D further states that Clipper Realty Inc. is a publicly traded corporation that has a greater than 10% interest in Renaissance Equity Holdings LLC D.

Dated: October 22, 2025      SCHWARTZ LAW PLLC
        New York, New York

                                       /s/
                                     Allen Schwartz
                                     150 Broadway, Suite 701
                                     New York, NY 10038
                                     Tel: (347) 460-5379
                                     allen@allenschwartzlaw.com
                                     *Attorneys for Renaissance Equity Holdings LLC*