

Allen Schwartz, Esq.<br>
150 Broadway, Suite 701<br>
New York, NY 10038<br>
(347) 682-5075<br>
allen@allenschwartzlaw.com

**VIA EMAIL AND U.S. MAIL**                                             November 3, 2025

Ahmad Keshavarz, Esq.
The Law Office of Ahmad Keshavarz
16 Court Street, #2600
Brooklyn, NY 11241
Email: ahmad@newyorkconsumerattorney.com

        Re:  *Gachelin et al v. Kavulich & Associates, P.C. et al*, 1:25-cv-03127-PKC-LKE

Dear Mr. Keshavarz:

        This firm represents Defendant Renaissance Equity Holdings LLC D ("Renaissance"). Please find attached a copy of (1) Renaissance's notice of motion seeking the dismissal of Plaintiffs' complaint (ECF 1); (2) the memorandum of law in support of the motion to dismiss; and (3) the declaration of Allen Schwartz, Esq. in support. In addition to serving you, I am also serving the other parties (copied below) with these motion papers.

                                                Sincerely,

                                                /s/ Allen Schwartz, Esq.

cc: Defendant Gary Kavulich, Esq. and Kavulich & Associates, P.C.
(via email and mail)
Arthur Sanders, Esq., counsel for Defendant A & F Process Service Inc.
(via email and mail),
Hashem Hussein, Pro Se.
(via email and mail)