# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT STREET, #2600  
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7809

---

November 7, 2025

**VIA ECF**

Honorable Pamela K. Chen  
United States District Court,  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

Re: Consent letter motion for extension of time to serve opposition or amend her complaint in response to Defendant Renaissance Equity Holdings LLC D's Motion to Dismiss [Dkt. No. 42].  
*Gachelin et al. v. Kavulich & Associates, P.C. et al.*, 1:25-cv-03127-PKC-LKE

Dear Judge Chen:

The undersigned represents Plaintiffs in this action against Defendants Kavulich & Associates, P.C., a debt collection law firm, and its principal Gary Kavulich ("the Kavulich Defendants"); Renaissance Equity Holdings LLC D ("Renaissance"), a landlord which retained, directly or through a servicer, the Kavulich Defendants to collect rental arrears against consumers including the Plaintiffs for a debt that previously settled in Landlord Tenant Court; A & F Process Service Inc. d/b/a Allied Process Service ("Allied"), a process serving company which Plaintiffs allege submitted a false affidavit of service against Plaintiffs on behalf of the Kavulich Defendants and Renaissance; and Hashem Hussein, a licensed process server who executed the affidavit of service.

This letter is to request an extension of time to December 12 to either serve an Opposition to Renaissance's Motion to Dismiss [Dkt. No. 42] or file an Amended Complaint as a matter of right pursuant to Fed. R. Civ. P. 15(a)(1)(A) to address pleading defects alleged therein. The amended complaint may moot the basis of the motion to dismiss in whole or in part. Based on skeletal discovery responses received on 11/5, it is possible Plaintiff may amend to add a new defendant that may have been involved in the conduct that forms a basis of the claims.

The original deadline to respond to the Motion to Dismiss is November 17, which was two weeks after Renaissance served its Motion to Dismiss. The original deadline to amend the complaint as a matter of right pursuant to Fed. R. Civ. P. 15(a)(1)(A) in response to Defendant Renaissance's Motion to Dismiss is November 24, 2025. The deadline to move to amend per the scheduling order is December 29, 2025. No extensions to any of these deadlines have been previously requested. It would be most efficient for Plaintiff to amend once as a matter of right by December 12 rather than filing a separate motion to amend by December 29 while the motion to dismiss is pending.

Last saved: 11/7/2025 4:39 PM

1

    Plaintiffs request this extension because Plaintiffs' counsel will be at a conference for most of the week before this deadline. Additionally, Plaintiffs' counsel has depositions scheduled on November 10, November 18, November 20, and November 21, and Plaintiffs' counsel also has a settlement conference before a magistrate on November 24 and will close his office for the Thanksgiving holiday from 11/26-11/28. Plaintiffs may also amend their complaint to add a new landlord defendant, and presumably this new defendant would have the same basis to move to dismiss as Renaissance Equity Holdings LLC D.

    Counsel for Renaissance Equity Holdings LLC D consents to this motion.

Respectfully,
/s/
Ahmad Keshavarz