CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS: HOUSING PART
-------------------------------------------------------------x
RENAISSANCE EQUITY HOLDINGS LLC D,

                Petitioner-Landlord,

  -against-

LOUIS GACHELIN,

                Respondent-Tenant.
-------------------------------------------------------------x

Index No. L&T 307764/20-KI

**STIPULATION OF
SETTLEMENT**

SO ORDERED

_(signature)_ 10/21/22

Hon. Malikah Sherman
Judge, Housing Court

The parties hereby stipulate and agree as follows:

1. Respondent Louis Gachelin (hereinafter "Respondent") represents that he has surrendered possession of the premises, free of any occupants, effective September 13, 2022, and returned the keys to his undersigned counsel, who will return them to Petitioner's counsel at a mutually agreeable time. While Respondent represents that he has removed all belongings, any remaining items may be discarded by Petitioner with no further obligations or liability.

2. In consideration for the foregoing surrender, Petitioner hereby waives any and all claims it asserted or could have asserted in this action related to Respondent's tenancy, including but not limited to any claim for rental arrears owed, which it alleges presently total in excess of $50,000. Respondent in turn waives any and all claims and defenses it asserted or could have asserted in this action, including but not limited to any counterclaims for rent overcharge including any and all treble damages that could have amounted to what Petitioner alleged that Respondent owed. Respondent also waives any claim to his security deposit.

3. While the parties agree Petitioner may re-enter the premises at any time without the need of a warrant of eviction in light of Respondent's surrender, Petitioner is hereby awarded a judgment of possession with the warrant to issue forthwith. Service of the notice of eviction may be effectuated by first class mail.

4. The within stipulation shall be deemed drafted by both parties and may be executed in counterparts via electronic transmission, with the same force and effect, as if it bore the original signatures of the parties affixed in open Court.

5. Either party may file the within stipulation with the Court.

Dated: Brooklyn, New York
       September 13, 2022

Benjamin Z. Epstein P.C.
By: Benjamin Epstein
2394 Nostrand Ave
Brooklyn, NY  11210
Tel. (718) 336-6658
*Attorneys for Petitioner*

Brooklyn Legal Services
By: Logan Schiff
105 Court Street, 4th Floor
Brooklyn, New York 11210
Tel. (718) 237-5526
*Attorneys for Respondent*