Case No. Index No. 10080/23

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------X
RENAISSANCE EQUITY HOLDINGS LLC D,

Plaintiff,

-against-

LOUIS GACHELIN,
DEBORAH H. ABRAHAMS,

Defendants.
-----------------------------------------------------------X

Index No.  10080/23
File No. 31113

**SUMMONS**

**10080**

Place of Venue is
Designated as Plaintiff's
Place of Business:

3305 Foster Avenue
Brooklyn, NY 11210

To the above-named Defendants:

You are hereby summoned to appear in the Civil Court of the City of New York, County of Kings, at the office of the Clerk of the said Court at 141 Livingston Street, in the County of Kings, City and State of New York, 11201 within the time provided by law as noted below and to file your answer to the Summons and Endorsed Complaint with the Clerk: upon your failure to answer, judgment will be taken against you by default for the sum $23,940.39 plus interest from August 1, 2020, together with the costs and disbursements of this action.

Dated: June 9, 2023
      Port Chester, NY

Kavulich & Associates, P.C.
By: Gary Kavulich, Esq.
Attorneys for Plaintiff
181 Westchester Ave., Suite 500C
Port Chester, NY 10573
(914) 355-2074

**FILED**
JUN 2 7 2023
CIVIL COURT
**KINGS COUNTY**

Defendants' Addresses:
Louis Gachelin
1655 Flatbush Avenue, Apt. C111
Brooklyn, NY 11210

Deborah H. Abrahams
1655 Flatbush Avenue, Apt. C111
Brooklyn, NY 11210

Note: The law provides that: (a) If this summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or (b) If this summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.

Case No. Index No. 10080/23

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------------------X
RENAISSANCE EQUITY HOLDINGS LLC D,

                                    Plaintiff,

            -against-

LOUIS GACHELIN,
DEBORAH H. ABRAHAMS,

                                    Defendants.
-----------------------------------------------------------------------X

Index No.
File No. 31113

**ENDORSED COMPLAINT**

Plaintiff, Renaissance Equity Holdings LLC D, by and through its attorneys,

Kavulich & Associates, P.C., as and for its endorsed complaint against Defendants Louis

Gachelin and Deborah H. Abrahams, alleges, upon information and belief, as follows:

## AS AND FOR THE FIRST CAUSE OF ACTION
(Breach of Lease Agreement)

1.      Plaintiff seeks to recover damages from Defendants Louis Gachelin and

Deborah H. Abrahams for breach of lease agreement in the sum of $1,304.67 plus interest

from August 1, 2020, representing their non-payment of rent for the month of August, 2020

balance of $1,304.67, for the premises known as and located at 3305 Foster Avenue, Apt.

2G, Brooklyn, NY 11210.

## AS AND FOR THE SECOND CAUSE OF ACTION
(Use and Occupancy)

2.      Plaintiff seeks to recover damages from Defendants Louis Gachelin and

Deborah H. Abrahams in the sum of $22,635.72 plus interest from August 1, 2021,

representing their non-payment of use and occupancy for the months of August, 2021

through August, 2022 at the monthly rate of $1,680.87, and for the first fourteen (14) days

of September, 2022 prorated balance of $784.41, for the premises known as and located at

3305 Foster Avenue, Apt. 2G, Brooklyn, NY 11210.

Case, Index No. 31080/23

WHEREFORE, Plaintiff demands judgment against the Defendants, as follows:

A. On the First Cause of Action, in the sum of $1,304.67 plus interest from August 1, 2020;

B. On the Second Cause of Action, in the sum of $22,635.72 plus interest from August 1, 2021;

C. Together with costs and disbursements of this action; and

D. For such other and further relief as the Court deems just and proper.

Dated: June 9, 2023
Port Chester, NY

Kavulich & Associates, P.C.
By: Gary M. Kavulich, Esq.
Attorneys for Plaintiff
181 Westchester Ave., Suite 500C
Port Chester, NY 10573
(914) 355-2074

**This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.**