**CIVIL COURT OF THE CITY OF NEW YORK**
County of KINGS

| | |
|---|---|
| RENAISSANCE EQUITY HOLDINGS LLC D<br><br>Plaintiff/Petitioner<br><br>- against -<br><br>LOUIS GACHELIN DEBORAH H ABRAHAMS ()<br><br>Defendant/Respondent | Index number and date of filing appeared on summons and complaint when served.<br><br>Index # 10080/23<br>Filing Date: 6/21/2023<br><br>KAVULICH & ASSOCIATES PC<br>181 Westchester Ave #500C<br>Port Chester, NY 10573<br>(176061) |

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 7/19/2023 AT 6:48 AM at 1655 FLATBUSH AVE APT C111 BROOKLYN 11210, N.Y, deponent served the within SUMMONS & COMPLAINT on DEBORAH H ABRAHAMS defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with KENYATIS GACHELIN a person of suitable age and discretion at 1655 FLATBUSH AVE APT C111 BROOKLYN 11210, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 7/28/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 26    Approx. Weight: 170    Approx. Height: 6'0"    Sex: Male    Skin: Black    Hair: Black

OTHER: CO-TENANT
CANNOT ASCERTAIN PLACE OF BUSINESS

AUG 04 2023

Sworn to before me this 7/29/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2027

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of KINGS

RENAISSANCE EQUITY HOLDINGS LLC D

Plaintiff/Petitioner

- against -

LOUIS GACHELIN DEBORAH H ABRAHAMS ()

Defendant/Respondent

Index number and date of filing appeared on summons and complaint when served.

Index # 10080/23
Filing Date: 6/21/2023

KAVULICH & ASSOCIATES PC
181 Westchester Ave #500C
Port Chester, NY 10573
(176080)

STATE OF NEW YORK; COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 7/19/2023 AT 6:49 AM at 1655 FLATBUSH AVE APT C111 BROOKLYN 11210, N.Y. deponent served the within SUMMONS & COMPLAINT on LOUIS GACHELIN defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with KENYATIS GACHELIN a person of suitable age and discretion at 1655 FLATBUSH AVE APT C111 BROOKLYN 11210, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 7/28/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 26   Approx. Weight: 170   Approx. Height: 6'0"   Sex: Male   Skin: Black   Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 7/29/2023

Frances T. Mondrone #4836596
Notary Public, State of New York
Suffolk County, Commission Expires 6/31/2027

Notary Public

HASHEM HUSSEIN #2104147