# Ahmad Keshavarz

| | |
|---|---|
| **From:** | Hashem Hussein <hhussein1455@gmail.com> |
| **Sent:** | Friday, May 23, 2025 11:00 AM |
| **To:** | Pooja Patel |
| **Subject:** | Subpoena |

[You don't often get email from hhussein1455@gmail.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Caution:
This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hashem Hussein
05/23/2025

Good morning this message is for Pooja Patel, My name is Hashem Hussein, I was informed by malen office that you issued a subpoena for information on case (log book entry and gps location)... I was just informed of this and was told to mail this to you unfortunately I do not have the gps locations logs since that is stored and done by a third party as per New York regulations. But I have reached out to allied process and requested this information and will be getting that information and will send to you but unfortunately due to the holiday weekend the person who does the it is away and won't be back till after memorial weekend. Please let me know how to proceed.. I have tried to call the office number from what I received from malen but not getting an answer. Thank you for your time and hope to hear from you soon on this matter