**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF QUEENS**
-------------------------------------------------------------------X
CAPITAL ONE, N.A.,                                      **JUDICIAL SUBPOENA DUCES TECUM**

        Plaintiff,

                                          Index No. CV-5138/23

      -against-

LORETTA WATKINS,

        Defendant.
-------------------------------------------------------------------X


TO:             Hashem Hussein
              1455 Ovington Avenue, Apt B2
              Brooklyn, NY 11219


        YOU ARE HEREBY COMMANDED to produce by email to Defendant's attorney at

pooja.patel@camba.org and by mail at the offices of CAMBA Legal Services, 20 Snyder

Avenue, Brooklyn, NY 11226 on or before the **26th of May, 2025**, **copies** of the following

documents and things of which you have custody or control along with a DCA records

certification:

1. Your electronic logbook records from October 1, 2022 through September 30, 2023.

2. All of your electronic Global Positioning System records from October 1, 2022 through
   September 30, 2023.

        Failure to comply with this subpoena is punishable as contempt of court and shall make

you liable for all damages sustained by the Defendant because of your failure and a penalty of fifty

dollars ($50.00) as well. All papers of other items delivered pursuant to such subpoena shall be

accompanied by a copy of such subpoena.

Dated: May 14, 2025
      Brooklyn, NY

CAMBA LEGAL SERVICES, INC.
*Attorneys for the Defendant*
By: Pooja Patel, Esq., of Counsel to
Elizabeth Miller, Esq., General Counsel
20 Snyder Avenue
Brooklyn, New York 11226
pooja.patel@camba.org
(718) 940-6311 x 79285

cc:     Malen & Associates
       123 Front Street #123
       Westbury, NY 11590
       *Attorneys for the Plaintiff*

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS                                    Index No.: CV-5138/23

**CAPITAL ONE, N.A.,**

**Plaintiff,**

    **-against-**

**LORETTA WATKINS,**

**Defendant.**

## SUBPOENA DUCES TECUM

Signature (22 NYCRR §130-1.1a)

_____
Pooja Patel

CAMBA LEGAL SERVICES, INC.
By: Pooja Patel, Esq.
Elizabeth Miller, Esq., General Counsel
20 Snyder Avenue
Brooklyn, NY 11226
Tel: 718-940-6311 x 79285
Email: Pooja.Patel@camba.org
*Attorneys for the Defendant*

To:    Hashem Hussein
       1455 Ovington Avenue, Apt B2
       Brooklyn, NY 11219