Exhibit H

CIVIL COURT OF THE CITY OF NEW YORK
County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

Index #: 426172S
Filing Date: 3/13/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172257)

- against -

PHILLIP MILLER (465160)

Defendant/Respondent

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK ss.:

HASHEM HUSSEIN #2104147, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 6:38 AM at 25908 CRAFT AVE APT 1, ROSEDALE 11422-3031, N.Y. deponent served the within SUMMONS & COMPLAINT on PHILLIP MILLER defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left with "JANE DOE" a person of suitable age and discretion at 25908 CRAFT AVE APT 1, ROSEDALE 11422-3031, N.Y., defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked "Personal & Confidential" not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 20   Approx. Weight: 125   Approx. Height: 5'7"   Sex: Female   Skin: Brown   Hair: Black

OTHER: TENANT/REFUSED NAME
CANNOT ASCERTAIN PLACE OF BUSINESS

RECEIVED
MAR 28 2023

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835556
Notary Public, State of New York
Suffolk County. Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK
County of QUEENS

BETHPAGE FEDERAL CREDIT UNION

Plaintiff/Petitioner

- against -

FOLARIN OLAD FAMUYIWA (409231)

Defendant/Respondent

Index number and date of filing appeared on summons and complaint when served.

Index # 4306/23
Filing Date: 3/13/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172237)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 6:01 AM at 11845 197TH ST, SAINT ALBANS 11412, N.Y. deponent served the within SUMMONS & COMPLAINT on FOLARIN OLAD FAMUYIWA defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with "JOHN DOE" a person of suitable age and discretion at 11845 197TH ST, SAINT ALBANS 11412, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked "Personal & Confidential" not disclosing the sender's identity.

A description of the person served is as follows.

Approx. Age 46   Approx. Weight: 210   Approx. Height: 5'11"   Sex: Male   Skin: Brown   Hair: Black

OTHER: TENANT/REFUSED NAME
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

MAR 29 2023

QUEENS COU...

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK
County of QUEENS

BETHPAGE FEDERAL CREDIT UNION

                            Plaintiff/Petitioner

- against -

KIERRA BUIE-VANDERPUIJE (409241)

                            Defendant/Respondent

Index number and date of filing appeared on summons and complaint when served.

Index # 4307/23
Filing Date: 3/13/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(1T2239)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK ss:

HASHEM HUSSEIN #2104147 , BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 6:08 AM at 19317 100TH AVE, HOLLIS 11423, N.Y. deponent served the within SUMMONS & COMPLAINT on KIERRA BUIE-VANDERPUIJE defendant/respondent named.

**SUITABLE AGE PERSON**
Deponent could not accomplish personal service and delivered a true copy and left it with XAVIER VANDERPUIJE a person of suitable age and discretion at 19317 100TH AVE, HOLLIS 11423, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence, in an envelope marked "Personal & Confidential" not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 23  Approx. Weight: 160  Approx. Height: 5'8"  Sex: Male  Skin: Brown  Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

MAR 28 2023

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835590
Notary Public, State of New York
Suffolk County. Commission Expires 6/31/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Index # 4280/23
Filing Date: 3/13/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172280)

Plaintiff/Petitioner

- against -

BERNARD MANNING (409467)

CCT

Defendant/Respondent

STATE OF NEW YORK: COUNTY OF SUFFOLK ss:

HASHEM HUSSEIN #2104147, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 6:08 AM at 11822 221ST ST, CAMBRIA HEIGHTS 11411-2013, N.Y, deponent served the within SUMMONS & COMPLAINT on BERNARD MANNING defendant/respondent named.

**SUITABLE AGE PERSON**
Deponent could not accomplish personal service and delivered a true copy and left it with NADINE MANNING a person of suitable age and discretion at 11822 221ST ST, CAMBRIA HEIGHTS 11411-2013, N.Y, defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked "Personal & Confidential" not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 39  Approx. Weight: 150  Approx. Height: 5'4"  Sex: Female  Skin: Brown  Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835598
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

MAR 28 2023

CIVIL COURT

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

- against -

AARON R MANLEY (409496)

Defendant/Respondent

Index number and date of filing appeared on summons and complaint when served.

Index #4298/23
Filing Date: 3/13/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172377)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 6:14 AM at 12108 236TH ST, ROSEDALE 11422-1035, N.Y. deponent served the within SUMMONS & COMPLAINT on AARON R MANLEY defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with GEMMA MANLEY a person of suitable age and discretion at 12108 236TH ST, ROSEDALE 11422-1035, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked "Personal & Confidential" not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 30   Approx. Weight: 140   Approx. Height: 5'7"   Sex: Female   Skin: White   Hair: Auburn

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835598
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

BETHPAGE FEDERAL CREDIT UNION

Plaintiff/Petitioner

- against -

JEROME ACCARDI (469238)

Defendant/Respondent

Index number and date of filing appeared on summons and complaint when served.

Index # 4305/23
Filing Date: 3/13/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172238)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK ss:

HASHEM HUSSEIN #2104147, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 6:20 AM at 130-40 221 STREET, SPRINGFIELD GAR 11413, N.Y. deponent served the within SUMMONS & COMPLAINT on JEROME ACCARDI defendant/respondent named.

**SUITABLE AGE PERSON**
Deponent could not accomplish personal service and delivered a true copy and left it with MASON ACCARDI a person of suitable age and discretion at 130-40 221 STREET, SPRINGFIELD GAR 11413, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 19   Approx. Weight: 165   Approx. Height: 5'9"   Sex: Male   Skin: Brown   Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

MAR 29 2023
QUEENS COUNTY

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835598
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK
County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

- against -

PHILLIP MILLER (408160)

Defendant/Respondent

Index #426122
Filing Date: 2/13/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(72257)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK ss:

HASHEM HUSSEIN #2104147, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/16/2023 AT 6:35 AM at 25908 CRAFT AVE APT 1, ROSEDALE, 11422-3031 N.Y. deponent served the within SUMMONS & COMPLAINT on PHILLIP MILLER defendant/respondent named.

**SUITABLE AGE PERSON**
Deponent could not accomplish personal service and delivered a true copy/copies thereof to "JANE DOE" a person of suitable age and discretion at 25908 CRAFT AVE APT 1, ROSEDALE, 11422-3031 N.Y. defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked "Personal & Confidential" not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 20   Approx. Weight: 125   Approx. Height: 5'7"   Sex: Female   Skin: Brown   Hair: Black

OTHER: TENANT/REFUSED NAME
CANNOT ASCERTAIN PLACE OF BUSINESS

RECEIVED
MAR 28 2023

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Index: 4308/23
Filing Date: 3/15/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172282)

Plaintiff/Petitioner

CCT

- against -

JANEI D HOLLAND (402478)

Defendant/Respondent

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 6:47 AM at 14731 230TH PL, SPRINGFIELD GAR 11413-4434, N.Y. deponent served within SUMMONS & COMPLAINT on JANEI D HOLLAND defendant/respondent named.

**SUITABLE AGE PERSON**
Deponent could not accomplish personal service and delivered a true copy and left it with 'JOHN DOE', a person of suitable age and discretion at 14731 230TH PL, SPRINGFIELD GAR 11413-4434, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 39   Approx. Weight: 195   Approx. Height: 6'1"   Sex: Male   Skin: Brown   Hair: Black

OTHER: TENANT/REFUSED NAME
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 3/28/2023

Frances T Mancrone #4835598
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK

County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

- against -

ROSEMARIE N BROWN (409566)

Defendant/Respondent

Index number and date of filing appeared on summons and complaint when served.

Index # 4269/23
Filing Date: 3/13/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172396)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 6:50 AM at 14376 230TH PL, LAURELTON 11413-3603, N.Y. deponent served the within SUMMONS & COMPLAINT on ROSEMARIE N BROWN defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with KEISHA BROWN a person of suitable age and discretion at 14376 230TH PL, LAURELTON 11413-3603, N.Y. defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 24   Approx. Weight: 120   Approx. Height: 5'8"   Sex: Female   Skin: Brown   Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147

CIVIL COURT OF THE CITY OF NEW YORK
County of QUEENS

CAPITAL ONE, N.A.

Plaintiff/Petitioner

- against -

FRANCISCO A ARIAS (409556)

Defendant/Respondent

Index number and date of filing appeared on summons and complaint when served.

Index # 4291/23
Filing Date: 3/13/2023

MALEN & ASSOCIATES PC
123 FROST ST
WESTBURY, NY 11590
(172384)

CCT

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

HASHEM HUSSEIN #2104147, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 3/18/2023 AT 7:07 AM at 16850 118TH RD, JAMAICA 11434-2242, N.Y. deponent served the within SUMMONS & COMPLAINT on FRANCISCO A ARIAS defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with MARISOL ARIAS a person of suitable age and discretion at 16850 118TH RD, JAMAICA 11434-2242, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the SUMMONS & COMPLAINT in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 3/28/2023 at defendant's/respondent's last known residence in an envelope marked "Personal & Confidential" not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 50   Approx. Weight: 140   Approx. Height: 5'1"   Sex: Female   Skin: Brown   Hair: Black

OTHER: RELATIVE
CANNOT ASCERTAIN PLACE OF BUSINESS

MAR 29 2023
COURT QUEENS CO...

Sworn to before me this 3/28/2023

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

Notary Public

HASHEM HUSSEIN #2104147