Case 1:25-cv-03127-RKC-1-KE   Document 44-18   Filed 11/19/25   Page 1 of 2 PageID
Case 1:16-cv-02134-ALC   Document 108   Filed 06/25/18   Page 1 of 2 PageID
#: 526

USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: _6-25-18_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JAMES MORALES,

                              Plaintiff,

              -against-                              Case No. 1:16-cv-02134-ALC-
                                                    JLC
KAVULICH & ASSOCIATES, P.C.,
GARY KAVULICH,
ROSEWALL GARDENS ASSOCIATES, LP
f/k/a ROSEWALL GARDENS ASSOCIATES,
and ROSEWALL, INC.

                              Defendants.
-----------------------------------------------------------------X

**AGREED FIVE-YEAR INJUNCTION AS TO DEFENDANTS KAVULICH &
ASSOCIATES, P.C. and GARY KAVULICH**

By agreement of the Parties and pursuant to N.Y. General Business Law § 349, the Court
issues this injunction against Defendants KAVULICH & ASSOCIATES, P.C. and GARY
KAVULICH to, for a period of 5 years from the date of the issuance of this order:

1. Comply in all manners with their obligations under the Fair Debt Collection Practices
   Act and N.Y. General Business Law § 349.

2. Perform a meaningful attorney review of the relevant court file, judgment, and
   eCourts website prior to signing any execution documents to ensure there is a current
   valid judgment against the defendant and that the amount of the balance due on the
   judgment sought to be collected is correct, having credited the defendant for all prior
   payments.

3. Notify the applicable New York City Marshal to release his or her levy and demand
   (if any) on any bank account within 5 business days of any order or stipulation
   vacating a judgment.

4. Notify the applicable bank to release the account within 5 business days of any order
   or stipulation vacating a judgment.

5. Notify the applicable New York City Marshal to cease any income execution within 5
   business days of any order or stipulation vacating a judgment.

6. Unless otherwise stated in an order or stipulation, return any money collected from an
   individual within 10 business days of any order or stipulation vacating a judgment.

7. Track internally the amount paid toward a judgment and the amount still owed on a
   judgment, including interest.

8. Issue execution documents that accurately state the amount still owed on a judgment,
   crediting individuals for any monies already paid.

Case 1:25-cv-03127-PKC-1XE ALC Document 44-18 Filed 11/19/25 Page 2 of 2 PageID
Case 1:16-cv-02134-ALC Document 108 Filed 06/25/18 Page 2 of 2 PageID
#: 527

9. If any execution actions are made in error and an account is subsequently released or a garnishment is halted, notify the defendant in writing within 5 business days that there was a mistake and that the defendant's account has been released or the garnishment lifted.

The Court shall have continued jurisdiction to enforce the terms of this Agreed Injunction.

SO ORDERED this __25th__ day of __JUNE__, 2018.

Judge Andrew L. Carter
United States District Judge

AGREED:

Date: 6/8 , 2018

Ahmad Keshavarz
The Law Office of Ahmad Keshavarz
One of the attorneys for Plaintiff JAMES MORALES

AGREED:

Date: 6/7 , 2018

Mitchell Pashkin, Esq.
775 Park Avenue, Suite 255
Huntington, NY 11743

Attorney for Defendants KAVULICH & ASSOCIATES, P.C. and GARY KAVULICH