| CLIPPER REALTY | CLIPPER EQUITY |



# A multi-generational full-service firm

## CLIPPER EQUITY

4611 12th Avenue, Suite 1L
Brooklyn, NY 11219

Office:
718.438.2804



All Rights Reserved

Developed by KD

Copyright © 2025

