**From:** Elena Mountogiannakis <Elena@clipperequity.com>
**Sent:** Monday, November 21, 2022 2:46 PM
**To:** gkavulich kavulichandassociates.com <gkavulich@kavulichandassociates.com>
**Cc:** Legal - Clipper Equity <legal@clipperequity.com>; Isabella Joh <ijoh@clipperequity.com>
**Subject:** Collections Cases to Commence

Good afternoon,

Please commence collections cases against the former tenants below.

- Julie Saint Jean 1421 Brooklyn Avenue, 3D
- Allan Ward 1408 New York Avenue, 5C
- Percival Small 3401 Foster Avenue, 6F
- Louis Gachelin 3305 Foster Avenue, 2G
- Chastia Harlee 1404 New York Avenue, 3E
- Faina Mahknovskaia 3100 Ocean Parkway, D12.

Thank you,



**ELENA MOUNTOGIANNAKIS**
Legal & Accounts Receivable Associate

4611 12th Avenue, Suite 1L
Brroklyn, NY 11219
P: (718) 438-2804 x2261
www.ClipperEquity.com