Print | Close Window

**Subject:** 3305 Foster Ave. 2G Louis Gachelin
**From:** Elena Mountogiannakis <Elena@clipperequity.com>
**Date:** Tue, Jan 17, 2023 2:39 pm
**To:** "gkavulich@kavulichandassociates.com" <gkavulich@kavulichandassociates.com>
**Cc:** Legal - Clipper Equity <legal@clipperequity.com>, Isabella Joh <ijoh@clipperequity.com>
**Attach:** image001.png
image967491.png
3305 Foster Avenue 2G, Brooln, NY 11210 - LRAP Application Approval - WWR6B.pdf

Good afternoon,

We received the approved LRAP payment of $20,170.44 for the tenant below, they now have a balance of $23,940.39.

### Legal Card

| | | | | | |
|---|---|---|---|---|---|
| Resident | LOUIS GACHELIN | Property/Unit | fg30_d /2G | Account | |
| Lessee Names | DEBORAH H. ABRAHAMS | Book | 15585 | L&T | |
| Type | Collections | Begin | 11/21/2022 | Attorney | Gary Kavulich |
| Reason | | Next Due | | Court | |
| Status | Start | Closed | | Guarantors | |
| Alert | Demand | Unpaid Charges | 21,039.06 | History | 1 Active, 3 Closed |
| Monthly Rent | 1680.87 | | | Print Legal | |
| Notes | | | | Created by: elena, on: 11/21/2022 11:44:16 AM | |
| | | | | Updated by: elena, on: 11/21/2022 11:44:16 AM | |

Edit | Close | New | Delete | Help        Case Closed        New WO | Legal WO

**Actions** | Stipulations

| Type | Event | Begin | Time | Due | Flags | Amount | Attorney Fee | Notes |
|---|---|---|---|---|---|---|---|---|
| Demand | | 11/21/2022 | 11:44AM | 11/21/2022 | | 0.00 | 0.00 | |

Thank you,

```
   21,229.74
   20,170.44
 —————————
    1059 30
```

**CE**
CLIPPER EQUITY

ELENA MOUNTOGIANNAKIS
Legal & Accounts Receivable Associate

4611 12th Avenue, Suite 1L
Brroklyn, NY 11219
P: (718) 438-2804 x2261