# Kavulich & Associates, P.C.

File No: [_____] [Show]

## Collections Case - 31113    ** DEACTIVATED CASE **

| | | | Quick Edits Show/Hide | |
|---|---|---|---|---|
| Plaintiff Attorney | Gary M. Kavulich, Esq. | Debt Amt | $16,808.70 | |
| Plaintiff | Renaissance Equity Holdings LLC D | U&O Amt | $1,059.30 | |
| As on Lease | Renaissance Equity Holdings LLC D | Damages | $0.00 | |
| Payee | Renaissance Equity Holdings LLC D | Referral Amt | $17,868.00 | |
| Agent / Mgmt Co | Clipper Equity | | | |
| Building | 3305 Foster Avenue, Unit: 2G<br>Brooklyn, NY 11210 | Amt Collected<br>Case Balance | $0.00<br>$17,868.00 | |
| County | Kings County of NY | | | |
| TBD Date | | | | |
| TBD Amt | $0.00 | | | |
| TBD Bal | $0.00 | | | |

| Case Type | Rent |
|---|---|
| File No | 31113 |
| Opened | 12/10/2022 |
| Status | 04 Court |

| Last Action | Court Date | 10/18/2024 |
|---|---|---|
| Hold | none | none |
| Next Action | none | none |

Client Aff of Amt Due Recd     No
Override Client Aff Hold         No
Override Need SSN/TIN Hold   No

Court         CIV CNTY KNG
Court Actions CV: 10080/23  06/21/2023

**More Info**   📄 SUMMARY   📋 CASE-NOTES   📑 SUBPOENAS   📑 DOCUMENTS

[Select document to generate...   ▼]  [Generate]  [Add Manual Case Note]

## Tenancy

### Lease

| Lease Start | |
|---|---|
| Lease End | 04/30/2021 |
| Monthly Rent | $1,680.87 |

### Use & Occupancy

| U&O Start | |
|---|---|
| U&O End | 05/31/2021 |
| Monthly Pymt | $1,680.27 |

### Other

| Evicted | No |
|---|---|
| Vacate Date | 09/14/2022 |
| Re-rent Date | |
| Sue Thru Date | 05/31/2021 |
| Sue Thru Period | 10 Months, 18 Days<br>(07/13/2020..05/31/2021) |

Rent Schedule
Supreme only

## Debtors

| Name | SSN/TIN | Mailing Address | As Of | Service Address | Atty | DNR | W/N | AKA | Guar | EMP | VSNT | BKT | MIL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D Gachelin, Louis | 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 | 1655 Flatbush Avenue, Apt. C111<br>Brooklyn, NY 11210 | 04/07/2023 | 1655 Flatbush Avenue, Apt. C111<br>Brooklyn, NY 11210 | No | No | No | No | No | No | No | No | No |
| D Abrahams, Deborah H. | 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 | 1655 Flatbush Avenue, Apt. C111<br>Brooklyn, NY 11210 | 04/07/2023 | 1655 Flatbush Avenue, Apt. C111<br>Brooklyn, NY 11210 | No | No | No | No | No | No | No | No | No |

## Process Service

| Type | Action Date | Served Date | Served On | Served Type | Served By | Filed Date | Mailed Date |
|---|---|---|---|---|---|---|---|
| S&C Served | 08/10/2023 | 07/19/2023 | Deborah H. Abrahams | Substituted | Allied Process Service | 08/04/2023 | 08/10/2023 |
| S&C Served | 08/10/2023 | 07/19/2023 | Louis Gachelin | Substituted | Allied Process Service | 08/04/2023 | 08/10/2023 |

## Court Related Actions

| Type | Action Date | Court Action | Issued/Submitted | Entered | Amount | Balance | Case Meeting | Def Att |
|---|---|---|---|---|---|---|---|---|
| Court Date Scheduled | 10/18/2024 | Civil: 10080/23 - 06/21/2023 | | | $0.00 | $0.00 | Motion: 01/21/2025, 09:30 AM, Part 34, Room 1102 | |
| Court Date Scheduled | 08/07/2024 | Civil: 10080/23 - 06/21/2023 | | | $0.00 | $0.00 | Motion: 10/17/2024, 09:30 AM, Part 34, Room 1102 | |
| Court Date Scheduled | 06/27/2024 | Civil: 10080/23 - 06/21/2023 | | | $0.00 | $0.00 | Motion: 08/06/2024, 09:30 AM, Part 34, Room 1102 | |
| Court Date Scheduled | 06/04/2024 | Civil: 10080/23 - 06/21/2023 | | | $0.00 | $0.00 | Motion: 06/26/2024, 09:30 AM, Part 34, Room 1102 | |
| Summons & Complaint Issued | 06/27/2023 | Civil: 10080/23 - 06/21/2023 | 06/27/2023 | | $0.00 | $0.00 | | |
| Summons & Complaint Issued | 06/09/2023 | | | | $0.00 | $0.00 | | |

## Collection Status

| Type | Debtor | Assigned Amount | Payment | Date | Balance Marshal | Interest Marshal | Marshal | Docket No |
|---|---|---|---|---|---|---|---|---|

## Debt Recovery

| Type | Action Date | Debtor | Amount | Marshal | Docket No |
|---|---|---|---|---|---|