# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT STREET, #2600  
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7809

December 9, 2025

**VIA ECF**

Honorable Pamela K. Chen  
United States District Court,  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

> Re: Plaintiff's response to Landlord Defendants' Letter Motion for Pre-Motion Conference [Dkt. No. 48].
> *Gachelin et al. v. Kavulich & Associates, P.C. et al.*, 1:25-cv-03127-PKC-LKE

Dear Judge Chen:

The undersigned represents Plaintiffs in this action against Defendants Kavulich & Associates, P.C., a debt collection law firm, and its principal Gary Kavulich ("the Kavulich Defendants"); Renaissance Equity Holdings LLC D ("Renaissance"), a landlord which retained, directly or through a servicer, the Kavulich Defendants to collect rental arrears against consumers including the Plaintiffs for a debt that previously settled in Landlord Tenant Court; A & F Process Service Inc. d/b/a Allied Process Service ("Allied"), a process serving company which Plaintiffs allege submitted a false affidavit of service against Plaintiffs on behalf of the Kavulich Defendants and Renaissance; and Hashem Hussein, a licensed process server who executed the affidavit of service.

On December 7, counsel for Renaissance noticed his appearance [Dkt.No. 47] for the four newly-added defendants Renaissance Equity, Holdings LLC, Clipper Realty, Inc., Clipper Realty, L.P., and Clipper Equity LLC (collectively the "Landlord Defendants") in the First Amended Complaint. [Dkt. No. 44]

This letter responds to the Landlord Defendants' December 8 Letter Motion for a Pre-Motion Conference [Dkt. No. 48], which asked the Court to allow the four new defendants to join the existing motion to dismiss of Renaissance, which has been served [Dkt. No. 42] but not yet filed.

The cleanest way to proceed, of course, is denial of the existing motion to dismiss of Renaissance without prejudice and for all of the Landlord Defendants simply to file a single joint motion to dismiss specifically directed at the First Amended Complaint.

However, if the new defendants want to simply join the existing Renaissance motion to dismiss, making no new arguments against, or challenging the additional allegations in, the First Amended Complaint, then Plaintiff has no objection. Still, this consent is contingent on the granting a brief extension of the current briefing schedule for the reasons articulated in the motion to enlarge time being filed concurrently with this letter. Plaintiff asks that the current briefing schedule to be slightly modified, with Plaintiff's opposing due on December 23 (instead

1

of December 19) and the Reply of the Landlord Defendants being due January 6 (instead of December 26).

Respectfully,
/s/
Ahmad Keshavarz