**Allen Schwartz**

| | |
|---|---|
| **Subject:** | Re: Gachelin |
| **Date:** | Tuesday, December 9, 2025 at 7:02:00 PM Eastern Standard Time |
| **From:** | Allen Schwartz <allen@allenschwartzlaw.com> |
| **To:** | Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> |
| **CC:** | Kevin Gartland <kevin@newyorkconsumerattorney.com> |
| **Attachments:** | image001.png |

I've been jammed up today. I can talk tomorrow, how about at 12?

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com


On Tue, Dec 9, 2025 at 4:50PM Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:

> Just left you message. Please give me a call. Thanks.
>
> 
>
> **The Law Office of Ahmad Keshavarz**
>
> 16 Court St., Suite 2600, Brooklyn, NY 11241-1026
>
> Cell: (347) 308-4859    Fax: (877) 496-7809
>
> Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

**From:** Ahmad Keshavarz
**Sent:** Tuesday, December 9, 2025 11:03 AM
**To:** Allen Schwartz
**Cc:** Kevin Gartland
**Subject:** Re: Gachelin

Allen,

May I have a response please to the one week extension. The only reason I did not work on the opposition is that we had discussed and you were thinking of how to proceed in terms of, for example, filing a joint MTD when the other landlord defendants noticed an appearance.

Please let me know by 2:00 because I need to get something on file.

**Ahmad Keshavarz**

On Dec 9, 2025, at 11:01AM, Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:

> Got your application.
>
> 1. I consent to relying on the same MTD to apply to the new defendants.
>
> 2. I have been holding back on working on the MTD Opp while your client decided how to proceed. Would you consent or oppose an application to push back the respective deadlines to file opposition and reply by one week.
>
> 3. Regardless can you please execute the waiver of service so I do not need to

formally serve. Would save on expenses.

Please LMK.

Thanks

https://storage.courtlistener.com/recap/gov.uscourts.nyed.532247/gov.uscourts.nyed.532247.48.0.pdf

**Ahmad Keshavarz**