# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT STREET, #2600  
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7809

---

December 12, 2025

**VIA EMAIL AND ECF**

Allen Schwartz  
150 Broadway, Suite 701  
New York, NY 10038

    **Re:** **Plaintiff's Opposition Landlord Defendants' Omnibus Motion to Dismiss.**  
           *Gachelin et al. v. Kavulich & Associates, P.C. et al.*, **1:25-cv-03127-PKC-LKE**

Dear Mr. Schwartz:

    The undersigned represents Plaintiffs in this action. Please find attached a copy of Plaintiffs' Memorandum of Law in Opposition to the Landlord Defendants' Motion to Dismiss.

Respectfully,  
/s/  
Ahmad Keshavarz