

Allen Schwartz, Esq.
150 Broadway, Suite 701
New York, NY 10038
(347) 682-5075
allen@allenschwartzlaw.com

**VIA EMAIL**                                                                                     December 26, 2025

Ahmad Keshavarz, Esq.
The Law Office of Ahmad Keshavarz
16 Court Street, #2600
Brooklyn, NY 11241
Email: ahmad@newyorkconsumerattorney.com

        **Re:** *Gachelin et al v. Kavulich & Associates, P.C. et al*, **1:25-cv-03127-PKC-LKE**

Dear Mr. Keshavarz:

    This firm represents Defendant Renaissance Equity Holdings LLC D, Renaissance Equity Holdings LLC, Clipper Realty, L.P., Clipper Equity, LLC and Clipper Realty, Inc. (the "Landlord Defendants"). Please find attached a copy of (1) the Landlord Defendants' reply memorandum of law in further support of their motion to dismiss; and (2) the declaration of Allen Schwartz in further support together with two exhibits.

                                                Sincerely,

                                                /s/ Allen Schwartz, Esq.

cc: Defendant Gary Kavulich, Esq. and Kavulich & Associates, P.C.
(via email)
Arthur Sanders, Esq., counsel for Defendant A & F Process Service Inc.
(via email)
Hashem Hussein, Pro Se.
(via email)