UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LOUIS GACHELIN and DEBORAH ABRAMS,

                Plaintiffs                Case No. 25-cv-03127-PKC-LKE

      -against-                      **NOTICE OF MOTION**

KAVULICH & ASSOCIATES, P.C.,
GARY KAVULICH,
RENAISSANCE EQUITY HOLDINGS LLC D,
HASHEM HUSSAIN, , and A & F PROCESS
SERVICE, INC. d/b/a ALLIED PROCESS SERVICE,

                Defendants
------------------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the annexed memorandum of law, the annexed declaration, and upon all pleadings and proceedings had herein, Defendant Renaissance Equity Holdings LLC D will move this Court, before the Honorable Pamela K. Chen, at the United States Courthouse for the Eastern District of New York located at 225 Cadmen Plaza East, Brooklyn, New York 11201 on a date and at a time to be designated by the Court, for an Order dismissing Plaintiffs Louis Galechin and Laura Abram's ("Plaintiffs") complaint (ECF 1) pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Civ. P. 9, including their claim for punitive damages, and to strike their claim for punitive damages pursuant to Fed. R. Civ. P. 12(f) and for such other and further relief the Court deems just and proper.

      PLEASE TAKE FURTHER NOTICE that pursuant to the Court's Order dated October 6, 2025, opposition to this motion must be served by November 17, 2025, with any reply to be served by December 1, 2025.

Dated: New York, New York                SCHWARTZ LAW PLLC
       November 3, 2025

By: /s/ Allen Schwartz
Allen Schwartz, Esq.
150 Broadway, Suite 701
New York, New York 10038
Tel: 347-460-5379
allen@allenschwartzlaw.com

*Counsel for Defendant Renaissance Equity Holdings LLC D*