UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOUIS GACHELIN and DEBORAH ABRAMS,

                Plaintiffs                            Case No. 25-cv-03127-PKC-LKE

      -against-                                  **DECLARATION OF ALLEN**
KAVULICH & ASSOCIATES, P.C.,                 **SCHWARTZ, ESQ.**
GARY KAVULICH,
RENAISSANCE EQUITY HOLDINGS LLC D,
HASHEM HUSSAIN, , and A & F PROCESS
SERVICE, INC. d/b/a ALLIED PROCESS SERVICE,
                Defendants
-----------------------------------------------------------------X

ALLEN SCHWARTZ, Esq., an attorney duly admitted to practice law before this Court, declares pursuant to 28 U.S.C. § 1746, as follows:

1. I am counsel to Defendant Renaissance Equity Holdings LLC D. I submit this declaration in support of Renaissance's motion to dismiss Plaintiffs Louis Galechin and Laura Abram's ("Plaintiffs") complaint (ECF 1, Complaint) pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Civ. P. 9, including their claim for punitive damages, and to strike its claim for punitive damages pursuant to Fed. R. Civ. P. 12(f) and for such other and further relief the Court deems just and proper.

2. A true and correct copy of the Complaint, with attached exhibits, is available on the docket in the above-captioned action at ECF No. 1 and is incorporated by reference herein. For the reasons detailed in the annexed memorandum of law, the Court should dismiss the Complaint.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 3, 2025.

                                                   By: ___/s/_____
                                                        Allen Schwartz, Esq.