UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOUIS GACHELIN and DEBORAH ABRAMS,

               Plaintiffs                        Case No. 25-cv-03127-PKC-LKE

        -against-                          **DECLARATION OF ALLEN**
KAVULICH & ASSOCIATES, P.C.,            **SCHWARTZ, ESQ.**
GARY KAVULICH,
RENAISSANCE EQUITY HOLDINGS LLC D,
RENAISSANCE EQUITY HOLDINGS LLC,
CLIPPER REALTY, L.P., CLIPPER EQUITY, LLC
CLIPPER REALTY, INC.,
HASHEM HUSSAIN, , and A & F PROCESS
SERVICE, INC. d/b/a ALLIED PROCESS SERVICE,
               Defendants
-----------------------------------------------------------------X

       ALLEN SCHWARTZ, Esq., an attorney duly admitted to practice law before this Court, declares pursuant to 28 U.S.C. § 1746, as follows:

       1.      I am counsel to Defendants Renaissance Equity Holdings LLC D, Renaissance Equity Holdings LLC, Clipper Realty, L.P., Clipper Equity, LLC and Clipper Realty, Inc. I submit this declaration in further support of their motion to dismiss pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Civ. P. 9.

       2.      A true and correct copy of a screenshot I took of the New York State electronic courts website for the civil case captioned *Capital One, N.A. v. Watkins*, CV-005138-23/QU (Civ. Ct. Queens County) is annexed hereto as Exhibit 1.

       3.      A true and correct copy of a screenshot I took of the of the New York State electronic courts website for the "show motions" page of the civil case captioned *Capital One, N.A. v. Watkins*, CV-005138-23/QU (Civ. Ct. Queens County) is annexed hereto as Exhibit 2.

       4.      This information can be obtained directly by entering the case information at: https://iapps.courts.state.ny.us/webcivilLocal/LCSearch?param=I

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 26, 2025.

By: ___/s/_____
Allen Schwartz, Esq.