# EXHIBIT 1



# New York State Unified Court System

## WebCivil Local - Case Detail

| | |
|---|---|
| Court: | **Queens County Civil Court** |
| Index Number: | **CV-005138-23/QU** |
| Case Name: | **CAPITAL ONE, N.A. vs. WATKINS, LORETTA** |
| Case Type: | **Civil** |
| Classification: | **Consumer Credit** |
| Filing Date: | **03/24/2023** |
| Disposition Date: | **04/18/2024** |
| Calendar Number: | |
| Jury Demand: | **No** |
| Judge Name: | |

### Attorney/Firm(s) For Plaintiff - CAPITAL ONE, N.A.:

**Malen & Associates PC**    Attorney Type: **Firm**

**123 Frost Street
SUITE 203
Westbury, New York  11590-**

**(516) 334-3500 ext: 5905**

### Attorney/Firm(s) For Defendant - LORETTA WATKINS:

**CAMBA Legal Services, Inc.**    Attorney Type: **Firm**

**20 SNYDER Avenue
Brooklyn, New York  11226-**

**(718) 287-0010**

Close    Show All Appearances    Show Motions    Add to eTrack