# EXHIBIT 2



# WebCivil Local - Motion Detail

| | |
|---|---|
| Court: | **Queens County Civil Court** |
| Index Number: | **CV-005138-23/QU** |
| Case Name: | **CAPITAL ONE, N.A. vs. WATKINS, LORETTA** |
| Case Type: | **Civil** |

## Motion Information:

| Motion Number | Date Filed | Filed By | Relief Sought | Nature of Decision/Judge | Decision Date | Order Signed Date |
|---|---|---|---|---|---|---|
| 002 | 04/28/2025 | Defendant | Traverse Hearing | Settled - Index and Motion Disposed<br>Before Judge: Honorable Patrick Hayes Torres | | |
| 001 | 03/07/2025 | Defendant | Vacate Judgment - Failure to Answer | Granted to Extent per Order<br>Before Judge: Honorable Patrick Hayes Torres | | |

Close