# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT STREET, #2600  
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7809

January 26, 2026

**VIA ECF**

Magistrate Judge Lara K. Eshkenazi  
United States District Court,  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

> Re: Letter motion for extension of time (from January 26 to January 30) to file opposition in response to Defendant Renaissance Equity Holdings LLC D's Renewed Motion for Stay of Discovery and for Settlement Conference.
> *Gachelin et al. v. Kavulich & Associates, P.C. et al.*, 1:25-cv-03127-PKC-LKE

Dear Judge Eshkenazi:

The undersigned represents Plaintiffs in this action against Defendants Kavulich & Associates, P.C., a debt collection law firm, and its principal Gary Kavulich ("the Kavulich Defendants"); Renaissance Equity Holdings LLC D ("Renaissance"), a landlord which retained, directly or through a servicer, the Kavulich Defendants to collect rental arrears against consumers including the Plaintiffs for a debt that previously settled in Landlord Tenant Court; A & F Process Service Inc. d/b/a Allied Process Service ("Allied"), a process serving company which Plaintiffs allege submitted a false affidavit of service against Plaintiffs on behalf of the Kavulich Defendants and Renaissance; and Hashem Hussein, a licensed process server who executed the affidavit of service.

Plaintiffs request a brief extension of time to file a response to the Landlord Defendants' Renewed Motion for Stay of Discovery and for a Settlement Conference (Dkt. No. 61). The original deadline is today, January 26. Plaintiffs request an extension to Friday, January 30, because the undersigned is unexpectedly stuck in Utah with limited computer access due to cancelled flights resulting from this weekend's major nationwide snowstorm, and will be back in New York no earlier than tomorrow evening. The undersigned has been out of town since Thursday, but did not move for an extension sooner because the undersigned expected to return Sunday night before flight cancellations were extended through Tuesday. Plaintiffs' counsel emailed opposing counsel to request their consent for this extension a short time ago and has yet to receive a response.

Respectfully,  
/s/  
Ahmad Keshavarz