

Allen Schwartz, Esq.
150 Broadway, Suite 701
New York, NY 10038
(347) 682-5075
allen@allenschwartzlaw.com

January 27, 2025

**VIA ECF**
Honorable Lara K. Eshkenazi
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Gachelin et al v. Kavulich & Associates, P.C. et al*, 1:25-cv-03127-PKC-LKE

Dear Judge Eshkenazi:

      On behalf of Renaissance Equity Holdings, LLC D ("Renaissance") and Clipper Equity LLC, Clipper Realty Inc., Clipper Realty L.P., and Renaissance Equity Holdings LLC (together with Renaissance, the "Landlord Defendants"), I write to respond to Plaintiff's January 26, 2025 request to extend their time until January 30, 2025 to respond to the Landlord Defendant's January 21, 2025 letter motion for a settlement conference and renewed request for a discovery stay.

      Yesterday, at 5:56 p.m., Plaintiff's counsel sent an email requesting an extension of time to respond. About 45 minutes later, before I could respond, Plaintiff's counsel filed this letter application. Plaintiff's counsel asserts that he left New York "on Thursday" and was unable to return to New York on Sunday (as he had planned) because of a (well-anticipated) snowstorm that began on Sunday January 25, 2025. ECF 62. He claims that he has "limited computer access." *Id.* Plaintiff's counsel does not deny receiving the application on Wednesday, January 21, 2025, explain why he waited to make this request, or explain why he must be in New York to prepare opposition or file papers on ECF. Moreover, by filing this very letter application, Plaintiff's counsel has given a firsthand demonstration that he was able to prepare letters and make ECF filings. Further, Plaintiff's counsel has previously sought extensions with tenuous justifications. *See e.g.* ECF 51 (requesting extension to file opposition to motion claiming both that he had and had not been working on opposition). It is also entirely unclear why Plaintiff's counsel needs an additional week to respond.

      Sincerely,
      /s/ Allen Schwartz, Esq.