

Allen Schwartz <allen@allenschwartzlaw.com>

## Re: Plaintiff's Initial Disclosures in Gachelin 1:25-cv-03127

**Allen Schwartz** <allen@allenschwartzlaw.com>                                    Wed, Nov 5, 2025 at 7:13 PM
To: Kevin Gartland <kevin@newyorkconsumerattorney.com>
Cc: "HHussein1455@gmail.com" <HHussein1455@gmail.com>, Gary Kavulich <gkavulich@kavulichandassociates.com>, Arthur Sanders <asanders@bn-lawyers.com>, Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>

Thank you Kevin. The computation of damages in Plaintiffs' disclosure omits any breakdown of travel expenses etc. (not to mention the alleged emotional damages). In fact, other than alleged statutory damages, there is no computation provided. Please provide a computation of Plaintiffs' damages, with specific dollar amounts for each computation. Also please provide the documents that support such computations, including, but not limited to, travel receipts and all other supporting documents as required by Rule 26..

Thank you,

Allen

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com

On Wed, Nov 5, 2025 at 6:23 PM Kevin Gartland <kevin@newyorkconsumerattorney.com> wrote:

Hi all – attached are Plaintiffs' initial disclosures in Gachelin v. Kavulich & Associates, P.C. et al., 1:25-cv-03127-PKC-LKE.

Best,

Kevin Gartland

Associate

(Licensed in NJ, admission pending in NY)



THE LAW OFFICE OF
AHMAD KESHAVARZ

FDCPA Attorneys: Protecting consumers from
deceptive and unfair debt collection

**The Law Office of Ahmad Keshavarz**

16 Court St., Suite 2600, Brooklyn, NY 11241-1026

Cell: (347) 308-4859    Fax: (877) 496-7809

Website: www.NewYorkConsumerAttorney.com   Email: kevin@NewYorkConsumerAttorney.com