

Allen Schwartz &lt;allen@allenschwartzlaw.com&gt;

---

## Re: Gachelin - Plaintiff's original answers to the discovery demands of RENASISSANCE EQUITY HOLDINGS LLC D

---

**Allen Schwartz** &lt;allen@allenschwartzlaw.com&gt;   Wed, Jan 21, 2026 at 10:31 AM
To: Ahmad Keshavarz &lt;ahmad@newyorkconsumerattorney.com&gt;
Cc: Hashem Hussein &lt;hhussein1455@gmail.com&gt;, Arthur Sanders &lt;asanders@bn-lawyers.com&gt;, Gary Kavulich &lt;gkavulich@kavulichandassociates.com&gt;, Kevin Gartland &lt;kevin@newyorkconsumerattorney.com&gt;

Mr. Keshavarz,

Please let me know when you are available to meet and confer to address the deficiencies we identified in our letter, tomorrow, Monday or Tuesday of next week.

Thanks,

Allen

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com


> On Tue, Dec 30, 2025 at 12:03 PM Allen Schwartz &lt;allen@allenschwartzlaw.com&gt; wrote:
>
> Mr. Keshavarz,
>
> Please see the attached letter.
>
> Thank you,
>
> Allen
>
> Allen Schwartz, Esq.
> Schwartz Law PLLC
> 150 Broadway, Suite 701
> New York, NY 10038
> Tel: 347-460-5379
> Cell: 773-808-8972
> Email: Allen@allenschwartzlaw.com
>
>
> > On Mon, Dec 29, 2025 at 10:36 PM Ahmad Keshavarz &lt;ahmad@newyorkconsumerattorney.com&gt; wrote:
> >
> > Please see attached.



**The Law Office of Ahmad Keshavarz**

16 Court St., Suite 2600, Brooklyn, NY 11241-1026

Cell: (347) 308-4859    Fax: (877) 496-7809

Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com