| | |
|---|---|
| **From:** | Ahmad Keshavarz |
| **Sent:** | Monday, February 2, 2026 6:32 PM |
| **To:** | Allen Schwartz (allen@allenschwartzlaw.com) |
| **Cc:** | Kevin Gartland |
| **Subject:** | FW: Activity in Case 1:25-cv-03127-PKC-LKE Gachelin et al v. Kavulich & Associates, P.C. et al Motion to Compel |

Allen,

Local rule requires the parties to confer we via telephone prior to filing a motion to compel. You have not done so, except as to our initial disclosures. Please file a letter withdrawing the motion to compel and we can set up a time to speak about discovery issues. I am available on Thursday and Friday.

Please let me know when is good for you.

Thanks.



**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859     Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com