

Allen Schwartz, Esq.
150 Broadway, Suite 701
New York, NY 10038
(347) 682-5075
allen@allenschwartzlaw.com

February 5, 2026

**VIA ECF**
Honorable Lara K. Eshkenazi
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  *Gachelin et al v. Kavulich & Associates, P.C. et al*, 1:25-cv-03127-PKC-LKE

Dear Judge Eshkenazi:

    On behalf of Renaissance Equity Holdings, LLC D, Clipper Equity LLC, Clipper Realty Inc., Clipper Realty L.P., and Renaissance Equity Holdings LLC (the "Landlord Defendants"), I write to respectfully request leave to file the annexed reply in support of the Landlord Defendants' motion to compel, brought in the alternative of its renewed request for a stay of discovery pending the resolution of their motion to dismiss and/or a settlement conference, and requesting that Court direct the parties to attend a settlement conference.

    The requested letter reply which the Landlord Defendants seek to file is annexed hereto and (1) addresses Plaintiffs' contention that the Landlord Defendants did not sufficiently meet and confer prior to filing the motion; (2) attaches my email response to Plaintiff's counsel's February 2, 2026 email, which Plaintiff's counsel omitted, and which the Court should, in fairness, view; and (3) address counsel's claim that Renaissance somehow deviated during telephone calls from the position it has consistently expressed since the first appearance before the Court that it is entitled to Plaintiffs' medical records in this case and the other evidence bearing on the emotional distress damages alleged in Plaintiffs' pleadings.

                                        Sincerely,
                                        /s/ Allen Schwartz, Esq.