

Allen Schwartz <allen@allenschwartzlaw.com>

## Re: FW: Activity in Case 1:25-cv-03127-PKC-LKE Gachelin et al v. Kavulich & Associates, P.C. et al Motion to Compel

**Allen Schwartz** <allen@allenschwartzlaw.com>  Tue, Feb 3, 2026 at 9:57 AM
To: Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
Cc: Kevin Gartland <kevin@newyorkconsumerattorney.com>

Ahmad:

As you know, the Landlord Defendants are seeking a stay of discovery as their principal request for relief, and the motion filed on Sunday seeks to compel discovery in the alternative. The discovery the Landlord Defendants are seeking is almost entirely, if not entirely, information that Plaintiffs were required to give as part of their initial disclosures relating to damages. We have already conferred telephonically after Plaintiffs' inadequate disclosures, and we have tried to confer telephonically with you since we served our demands. We do not believe we are required to do more than we did.

Of course, the Landlord Defendants would like to resolve this without court intervention, and I can talk today, tomorrow, or whenever you are available (without waiver, it goes without saying, to the pending request for a stay of discovery). The Landlord Defendants do not agree to withdraw the motion, but if we are able to resolve these issues, then the Landlord Defendants would of course withdraw the motion, or any portion of the motion that we can resolve.

Thanks,

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com


On Mon, Feb 2, 2026 at 6:32 PM Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:

> Allen,
>
> Local rule requires the parties to confer we via telephone prior to filing a motion to compel. You have not done so, except as to our initial disclosures. Please file a letter withdrawing the motion to compel and we can set up a time to speak about discovery issues. I am available on Thursday and Friday.
>
> Please let me know when is good for you.
>
> Thanks.



**The Law Office of Ahmad Keshavarz**

16 Court St., Suite 2600, Brooklyn, NY 11241-1026

Cell: (347) 308-4859    Fax: (877) 496-7809

Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com