

Allen Schwartz, Esq.
150 Broadway, Suite 701
New York, NY 10038
(347) 682-5075
allen@allenschwartzlaw.com

February 6, 2026

**VIA ECF**
Honorable Lara K. Eshkenazi
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Gachelin et al v. Kavulich & Associates, P.C. et al*, 1:25-cv-03127-PKC-LKE

Dear Judge Eshkenazi:

  On behalf of Renaissance Equity Holdings, LLC D, Clipper Equity LLC, Clipper Realty Inc., Clipper Realty L.P., and Renaissance Equity Holdings LLC (the "Landlord Defendants"), I write to respectfully request an extension of time to submit opposition to Plaintiffs' motion to compel filed yesterday, February 5, 2026 (ECF No. 68), from which 3 business days falls out on Tuesday, February 10, 2026. I respectfully request that the deadline to submit opposition be extended until Thursday, February 12, 2026. The reason for this request is that I am representing defendants in a trial scheduled next week on Monday and Tuesday, February 9 and 10, 2026. I emailed the parties yesterday to see if they object and have so far received no response other than from counsel for Defendant A & F Process Service, Inc. who said he does not object. Thus, currently, I do not know the position of the remaining parties with respect to this request.

                Sincerely,
                /s/ Allen Schwartz, Esq.