**Allen Schwartz**

| | |
|---|---|
| **Subject:** | FW: Draft extension letter |
| **Date:** | Friday, November 7, 2025 at 4:30:22 PM Eastern Standard Time |
| **From:** | Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> |
| **To:** | Allen Schwartz (allen@allenschwartzlaw.com) <allen@allenschwartzlaw.com> |
| **Attachments:** | image001.png, 2025-11-06 extension request-1.docx |

We conferred and agreed

1. You agree to the attached
2. We confer on November 25
3.



FDCPA Attorneys: Protecting consumers from deceptive and unfair debt collection

**The Law Office of Ahmad Keshavarz**

16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com    Email: ahmad@NewYorkConsumerAttorney.com

**From:** Ahmad Keshavarz
**Sent:** Friday, November 7, 2025 4:04 PM
**To:** Allen Schwartz (allen@allenschwartzlaw.com)
**Cc:** Kevin Gartland
**Subject:** FW: Draft extension letter

Allen,

Good speaking with you. Thanks you for consenting to the filing of the attached consent application to enlarge time. I appreciate the courtesy.

Let's speak on Tuesday regarding discovery. I am available in the morning. How about 10:00 AM?

Thanks.



**The Law Office of Ahmad Keshavarz**

16 Court St., Suite 2600, Brooklyn, NY 11241-1026

Cell: (347) 308-4859     Fax: (877) 496-7809

Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

---

**From:** Kevin Gartland
**Sent:** Thursday, November 6, 2025 1:34 PM
**To:** Allen Schwartz
**Cc:** Ahmad Keshavarz
**Subject:** Draft extension letter

Hi Allen – attached is a draft extension request. Please get back to us by the end of the day or tomorrow morning if possible.

Kevin Gartland
Associate
(Licensed in NJ, admission pending in NY)



**The Law Office of Ahmad Keshavarz**

16 Court St., Suite 2600, Brooklyn, NY 11241-1026

Cell: (347) 308-4859     Fax: (877) 496-7809

Website: www.NewYorkConsumerAttorney.com   Email: kevin@NewYorkConsumerAttorney.com