**Allen Schwartz**

**Subject:** Gachelin- discovery answers
**Date:** Thursday, November 13, 2025 at 11:31:25 AM Eastern Standard Time
**From:** Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com>
**To:** Allen Schwartz <allen@allenschwartzlaw.com>
**CC:** Kevin Gartland <kevin@newyorkconsumerattorney.com>

Allen,

Can you produce the documents where you indicate in your RFP answers you wlll produce notwithstanding the objections?

Can you please produce by the end of the week.

We need that to amend, among other reasons.

If you want to confer further on the phone than we already have, then let's speak on Monday at 10:00 AM, or any time that day you are are available.

Thanks.

**Ahmad Keshavarz**