**Allen Schwartz**

| | |
|---|---|
| **Subject:** | RE: Gachelin- discovery answers |
| **Date:** | Tuesday, November 18, 2025 at 5:08:38 PM Eastern Standard Time |
| **From:** | Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> |
| **To:** | Allen Schwartz <allen@allenschwartzlaw.com> |
| **CC:** | Kevin Gartland <kevin@newyorkconsumerattorney.com> |
| **Attachments:** | image001.png |

Allen,

I called you earlier this afternoon to further discuss your clients failure to substantively answer discovery demands and failure to produce any documents. I emailed you on November 13 asking for amended discovery responses, and proposed speaking at 10:00 AM Monday January 17.

We previously spoke via telephone on November 6 regarding the Landlord Defendants total failure to produce documents – including where it indicated it would produce responsive documents – and indicated I would move to compel if answers were not amended.

Given this, I will be filing a motion to compel tomorrow.

If you would like to speak further, I am available in the morning at 10:30. It would be most efficient if you forward the documents for which there is no objection to production in advance of our call.

Thanks.



**The Law Office of Ahmad Keshavarz**

16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

---

**From:** Ahmad Keshavarz
**Sent:** Thursday, November 13, 2025 11:31 AM
**To:** Allen Schwartz
**Cc:** Kevin Gartland
**Subject:** Gachelin- discovery answers

Allen,

Can you produce the documents where you indicate in your RFP answers you wlll produce notwithstanding the objections?

Can you please produce by the end of the week.

We need that to amend, among other reasons.

If you want to confer further on the phone than we already have, then let's speak on Monday at 10:00 AM, or any time that day you are are available.

Thanks.

**Ahmad Keshavarz**