**Allen Schwartz**

| | |
|---|---|
| **Subject:** | Re: Gachelin- discovery answers |
| **Date:** | Tuesday, November 18, 2025 at 5:23:20 PM Eastern Standard Time |
| **From:** | Allen Schwartz <allen@allenschwartzlaw.com> |
| **To:** | Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> |
| **CC:** | Kevin Gartland <kevin@newyorkconsumerattorney.com> |
| **Attachments:** | image001.png |

We have not met and conferred on discovery. In fact, per the email from your request to extend your time to oppose the motion to dismiss, we are scheduled to meet and confer on discovery on November 25th. Indeed, that was part of Defendant's agreement on your request to extend the time to oppose the motion to dismiss to December 12.

It is noteworthy that you also claimed that you were so busy you could not draft opposition to the motion, but that also appears not to be the case.

If you move to compel in breach of our agreement, I will have to explain to the Court how you deceived me to get my consent to weeks of extra time to oppose my client's motion to dismiss.

I also am still awaiting the breakdown of damages you are supposed to provide (as you know, Defendant would like to make a revised offer of judgment). Please provide that by the end of the day tomorrow. Also, please include your total attorneys fees to date in your calculation of damages.

Thank you,

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com


On Tue, Nov 18, 2025 at 5:08PM Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:

> Allen,
>
> I called you earlier this afternoon to further discuss your clients failure to substantively answer discovery demands and failure to produce any documents. I emailed you on November 13 asking for amended discovery responses, and proposed speaking at 10:00 AM Monday January 17.

We previously spoke via telephone on November 6 regarding the Landlord Defendants total failure to produce documents – including where it indicated it would produce responsive documents – and indicated I would move to compel if answers were not amended.

Given this, I will be filing a motion to compel tomorrow.

If you would like to speak further, I am available in the morning at 10:30. It would be most efficient if you forward the documents for which there is no objection to production in advance of our call.

Thanks.



**The Law Office of Ahmad Keshavarz**

16 Court St., Suite 2600, Brooklyn, NY 11241-1026

Cell: (347) 308-4859    Fax: (877) 496-7809

Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

---

**From:** Ahmad Keshavarz
**Sent:** Thursday, November 13, 2025 11:31 AM
**To:** Allen Schwartz
**Cc:** Kevin Gartland
**Subject:** Gachelin- discovery answers

Allen,

Can you produce the documents where you indicate in your RFP answers you wlll produce notwithstanding the objections?

Can you please produce by the end of the week.

We need that to amend, among other reasons.

If you want to confer further on the phone than we already have, then let's speak on Monday at 10:00 AM, or any time that day you are are available.

Thanks.

**Ahmad Keshavarz**