**Allen Schwartz**

| | |
|---|---|
| **Subject:** | Re: Gachelin- discovery answers |
| **Date:** | Monday, November 24, 2025 at 5:51:32 PM Eastern Standard Time |
| **From:** | Allen Schwartz <allen@allenschwartzlaw.com> |
| **To:** | Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> |
| **CC:** | Kevin Gartland <kevin@newyorkconsumerattorney.com> |
| **Attachments:** | image001.png |

Ahmad,

We were scheduled to speak tomorrow by our agreement from a couple of weeks ago, whereby you sought Defendants' consent for a lengthy extension of the time to oppose the motion to dismiss. We agreed that we would confer about discovery tomorrow as part of the Defendant giving that consent. It is memorialized in an email..We rejected your underhanded attempts to breach that agreement.. Thus, we will confer about discovery for the first time tomorrow, as we agreed.

In advance of the call tomorrow, please provide a proposed confidentiality stipulation to all the parties that you are ok with. We anticipate being able to begin a rolling production this week, but a confidentiality stipulation should be in place before production..

Please also provide the itemized damages and supporting materials that we have been requesting for weeks, or let us know when we can anticipate production.

Let's plan to confer tomorrow at 4pm.

Thanks,

Allen

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com


On Mon, Nov 24, 2025 at 5:03PM Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:

> Allen,
>
> I just left you a voicemail to discuss discovery issues further.

I have now left multiple unreturned calls to discuss discovery. I will note that in my certificate of conference.

I can speak from 9:00 AM to 9:45, 11:30 – 2:00, 4:00 – 6:00.

Thanks.

---

**From:** Ahmad Keshavarz
**Sent:** Wednesday, November 19, 2025 9:47 AM
**To:** Allen Schwartz
**Cc:** Kevin Gartland
**Subject:** RE: Gachelin- discovery answers

Allen,

Just left you a call. Please give me a call back if you would like to discuss further prior to our filing a motion to compel, perhaps this afternoon . Again I would request that, at a minimum, Renaissance provide my this morning the documents for which it has no objection to producing, as well as the contracts among the as to the other Flatbush Gardens entities, such Clipper Realty and the other Renaissance Equity Holdings LLCs.

I am available to speak today until 10:30, and then 11:30 to 12:30, and then 2:00 to 3:30, and again 4:30 – 5:00.

**Thanks.**

---

**From:** Ahmad Keshavarz
**Sent:** Tuesday, November 18, 2025 5:48 PM
**To:** Allen Schwartz
**Cc:** Kevin Gartland
**Subject:** RE: Gachelin- discovery answers

My three depositions this week got re-set to next month. I will be filing an amended complaint in the next day or two.

Would not hurt to just email the documents you currently have in your possession in the morning. Is there a reason you cannot do this?

Please give me a call in the morning if you wish to speak before I file a motion to compel.

There is a concern that the LL Defendant's refusal to produce the discovery requested may have the effect of risking the expiration of the statute of limitations as to the other Flatbush Gardens entities, such Clipper Realty and the other Renaissance Equity Holdings LLCs.

In fact I have learned that it is one of the other "affiliated" entities that forwarded the account who forwarded the settled account to Kavulich to file suit.

To withhold that basic information is really improper, especially since it arguably risks the expiration of the statute of limitations as to those entities.

Just email me the documents in the morning and call at 10:30 if you would like to discuss further.

Thanks.



**The Law Office of Ahmad Keshavarz**

16 Court St., Suite 2600, Brooklyn, NY 11241-1026

Cell: (347) 308-4859   Fax: (877) 496-7809

Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

**From:** Allen Schwartz [mailto:allen@allenschwartzlaw.com]
**Sent:** Tuesday, November 18, 2025 5:23 PM
**To:** Ahmad Keshavarz
**Cc:** Kevin Gartland
**Subject:** Re: Gachelin- discovery answers

We have not met and conferred on discovery. In fact, per the email from your request to extend your time to oppose the motion to dismiss, we are scheduled to meet and confer on discovery on November 25th. Indeed, that was part of Defendant's agreement on your request to extend the time to oppose the motion to dismiss to December 12.

It is noteworthy that you also claimed that you were so busy you could not draft opposition to the motion, but that also appears not to be the case.

If you move to compel in breach of our agreement, I will have to explain to the Court how you deceived me to get my consent to weeks of extra time to oppose my client's motion to dismiss.

I also am still awaiting the breakdown of damages you are supposed to provide (as you know, Defendant would like to make a revised offer of judgment). Please provide that by the end of the day tomorrow. Also, please include your total attorneys fees to date in your calculation of damages.

Thank you,

Allen Schwartz, Esq.

Schwartz Law PLLC

150 Broadway, Suite 701

New York, NY 10038

Tel: 347-460-5379

Cell: 773-808-8972

Email: Allen@allenschwartzlaw.com

On Tue, Nov 18, 2025 at 5:08PM Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:

> Allen,
>
> I called you earlier this afternoon to further discuss your clients failure to substantively answer discovery demands and failure to produce any documents. I emailed you on November 13 asking for amended discovery responses, and proposed speaking at 10:00 AM Monday January 17.
>
> We previously spoke via telephone on November 6 regarding the Landlord Defendants total failure to produce documents – including where it indicated it would produce responsive documents – and indicated I would move to compel if answers were not amended.
>
> Given this, I will be filing a motion to compel tomorrow.

If you would like to speak further, I am available in the morning at 10:30. It would be most efficient if you forward the documents for which there is no objection to production in advance of our call.

Thanks.



**The Law Office of Ahmad Keshavarz**

16 Court St., Suite 2600, Brooklyn, NY 11241-1026

Cell: (347) 308-4859    Fax: (877) 496-7809

Website: www.NewYorkConsumerAttorney.com  Email: ahmad@NewYorkConsumerAttorney.com

---

**From:** Ahmad Keshavarz
**Sent:** Thursday, November 13, 2025 11:31 AM
**To:** Allen Schwartz
**Cc:** Kevin Gartland
**Subject:** Gachelin- discovery answers

Allen,

Can you produce the documents where you indicate in your RFP answers you wlll produce notwithstanding the objections?

Can you please produce by the end of the week.

We need that to amend, among other reasons.

If you want to confer further on the phone than we already have, then let's speak on Monday at 10:00 AM, or any time that day you are are available.

Thanks.

**Ahmad Keshavarz**