**Allen Schwartz**

| | |
|---|---|
| **Subject:** | Gachelin - proposed protective order |
| **Date:** | Tuesday, November 25, 2025 at 3:38:13 PM Eastern Standard Time |
| **From:** | Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> |
| **To:** | Allen Schwartz (allen@allenschwartzlaw.com) <allen@allenschwartzlaw.com>, Arthur Sanders <asanders@bn-lawyers.com>, Hashem Hussein (hhussein1455@gmail.com) <hhussein1455@gmail.com> |
| **CC:** | Kevin Gartland <kevin@newyorkconsumerattorney.com> |
| **Attachments:** | image001.png, Form Protective Order - track changes - kg.pdf, Form Protective Order - edits accepted.pdf, Form Protective Order - track changes on.docx |

Attached is a proposed protective order. The revisions from the default protective order can be seen with track changes. Please let me know if you agree to it by signing and returning, or indicating whether I can /s/. If there are proposed revisions it is attached in word with track changes n.

Thanks



**The Law Office of Ahmad Keshavarz**

16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com    Email: ahmad@NewYorkConsumerAttorney.com