**Allen Schwartz**

| | |
|---|---|
| **Subject:** | Re: Gachelin - proposed protective order |
| **Date:** | Wednesday, November 26, 2025 at 4:17:45 PM Eastern Standard Time |
| **From:** | Allen Schwartz <allen@allenschwartzlaw.com> |
| **To:** | Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> |
| **CC:** | Arthur Sanders <asanders@bn-lawyers.com>, Hashem Hussein (hhussein1455@gmail.com) <hhussein1455@gmail.com>, Kevin Gartland <kevin@newyorkconsumerattorney.com> |
| **Attachments:** | image001.png, AS COMMENTS-Form Protective Order - track changes on.docx |

On behalf of Renaissance, please see my attached comments.

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com


On Tue, Nov 25, 2025 at 3:38PM Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:

> Attached is a proposed protective order. The revisions from the default protective order can be seen with track changes. Please let me know if you agree to it by signing and returning, or indicating whether I can /s/. If there are proposed revisions it is attached in word with track changes n.
>
> Thanks
>
> 
>
> **The Law Office of Ahmad Keshavarz**

16 Court St., Suite 2600, Brooklyn, NY 11241-1026

Cell: (347) 308-4859    Fax: (877) 496-7809

Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com