**Allen Schwartz**

| | |
|---|---|
| **Subject:** | RE: Gachelin - proposed protective order |
| **Date:** | Wednesday, November 26, 2025 at 6:21:59 PM Eastern Standard Time |
| **From:** | Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> |
| **To:** | Allen Schwartz <allen@allenschwartzlaw.com> |
| **CC:** | Arthur Sanders <asanders@bn-lawyers.com>, Hashem Hussein (hhussein1455@gmail.com) <hhussein1455@gmail.com>, Kevin Gartland <kevin@newyorkconsumerattorney.com> |
| **Attachments:** | image001.png |

Can we please just keep it the way it is? I can sign right now and accept all the other revisions you proposed.



**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859    Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

**From:** Allen Schwartz [mailto:allen@allenschwartzlaw.com]
**Sent:** Wednesday, November 26, 2025 5:55 PM
**To:** Ahmad Keshavarz
**Cc:** Arthur Sanders; Hashem Hussein (hhussein1455@gmail.com); Kevin Gartland
**Subject:** Re: Gachelin - proposed protective order


A Receiving Party that questions the Producing Party's confidentiality designation will, as an initial step, contact the Producing Party and confer in good faith to resolve the dispute, and they will confer in good faith, whether by telephone or via email, stating the reasons for their positions. If the parties are still unable to resolve the dispute without court intervention, they shall apply to the Court for a determination as to whether the designation is appropriate via a joint letter, if possible, laying out their respective positions. In the event the parties are unable to agree on a joint letter, the party challenging the designation may move by letter application to challenge the designation, and the party opposing it shall reply by letter within 5 days thereafter. The party that designated as "CONFIDENTIAL" bears the burden of proving it was properly designated. The party challenging a "CONFIDENTIAL" designation must obtain a court order before disseminating the information to anyone other than Qualified Recipients.

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379

Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com


On Wed, Nov 26, 2025 at 4:27 PM Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:

> Allen,
>
> As to ¶ 9, the challenging of confidentiality, the reason I have it set up that way is 1) it gives specific deadlines by which the parties have to confer – I can increase or decrease these deadlines or change how to confer in any way you like -- and 2) since the burden is on the person making the designation to retain confidentiality (as in the existing rule of the magistrate), then the burden to move also should be on the designating party. To be clear, **there is no difference in the burden** in maintaining confidentiality, just as to who moves.
>
> I am fine agreeing with all your other changes.
>
> If you can agree to leave ¶ 9 the way it is drafted (Arthur and I have agreed to this language in the past), then I can sign the protective order not and get it back to you.
>
> Please LMK.
>
> Thanks.
>
> 
>
> **The Law Office of Ahmad Keshavarz**
> 16 Court St., Suite 2600, Brooklyn, NY 11241-1026
> Cell: (347) 308-4859    Fax: (877) 496-7809
> Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com
>
> **From:** Allen Schwartz [mailto:allen@allenschwartzlaw.com]
> **Sent:** Wednesday, November 26, 2025 4:18 PM
> **To:** Ahmad Keshavarz
> **Cc:** Arthur Sanders; Hashem Hussein (hhussein1455@gmail.com); Kevin Gartland
> **Subject:** Re: Gachelin - proposed protective order
>
> On behalf of Renaissance, please see my attached comments.
>
> Allen Schwartz, Esq.

Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com


On Tue, Nov 25, 2025 at 3:38 PM Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:

> Attached is a proposed protective order. The revisions from the default protective order can be seen with track changes. Please let me know if you agree to it by signing and returning, or indicating whether I can /s/. If there are proposed revisions it is attached in word with track changes n.
>
> Thanks
>
> 
>
> **The Law Office of Ahmad Keshavarz**
> 16 Court St., Suite 2600, Brooklyn, NY 11241-1026
> Cell: (347) 308-4859     Fax: (877) 496-7809
> Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com