**Allen Schwartz**

| | |
|---|---|
| **Subject:** | FW: Gachelin - consent application to withdraw MTD without prejudice. |
| **Date:** | Thursday, December 4, 2025 at 12:33:44 PM Eastern Standard Time |
| **From:** | Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> |
| **To:** | Allen Schwartz (allen@allenschwartzlaw.com) <allen@allenschwartzlaw.com> |
| **CC:** | Kevin Gartland <kevin@newyorkconsumerattorney.com> |
| **Attachments:** | image001.png |

Allen,

Following up on our prior conversion, if you draft a letter application to withdraw the MTD without prejudice with consent for you to either file an amended or joint MTD upon appearance of new defendants?

We have been incurring attorney's fees in drafting an opposition to the current MTD, which is due next week.

Please let me know if you still want to proceed along these lines and if so please send a proposed joint letter ASAP so we do not have to continue to incur fees responding to the current MTD.

Will get back to you on protective order in a separate email.

Thanks.



**The Law Office of Ahmad Keshavarz**
16 Court St., Suite 2600, Brooklyn, NY 11241-1026
Cell: (347) 308-4859     Fax: (877) 496-7809
Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

**From:** Allen Schwartz [mailto:allen@allenschwartzlaw.com]
**Sent:** Sunday, November 30, 2025 11:18 PM
**To:** Ahmad Keshavarz
**Cc:** Arthur Sanders; Hashem Hussein (hhussein1455@gmail.com); Kevin Gartland
**Subject:** Re: Gachelin - proposed protective order

Good evening, Do any of the other defendants have an opinion on the proposals discussed by Plaintiffs and Renaissance below?

Also, please find attached Renaissance's discovery demands directed to Plaintiffs.

Thank you,

Allen

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com


On Wed, Nov 26, 2025 at 6:22 PM Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:

> Can we please just keep it the way it is? I can sign right now and accept all the other revisions you proposed.
>
> 
>
> **The Law Office of Ahmad Keshavarz**
> 16 Court St., Suite 2600, Brooklyn, NY 11241-1026
> Cell: (347) 308-4859    Fax: (877) 496-7809
> Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com
>
> **From:** Allen Schwartz [mailto:allen@allenschwartzlaw.com]
> **Sent:** Wednesday, November 26, 2025 5:55 PM
> **To:** Ahmad Keshavarz
> **Cc:** Arthur Sanders; Hashem Hussein (hhussein1455@gmail.com); Kevin Gartland
> **Subject:** Re: Gachelin - proposed protective order
>
>
> A Receiving Party that questions the Producing Party's confidentiality designation will, as an initial step, contact the Producing Party and confer in good faith to resolve the dispute, and they will confer in good faith, whether by telephone or via email, stating the reasons for their positions. If the parties are still unable to resolve the dispute without court intervention, they shall apply to the Court for a determination as to whether the designation is appropriate via a joint letter, if possible, laying out their respective positions. In the event the parties are unable to agree on a joint letter, the party challenging the designation may move by letter application to challenge the designation, and the party opposing it

shall reply by letter within 5 days thereafter. The party that designated as "CONFIDENTIAL" bears the burden of proving it was properly designated. The party challenging a "CONFIDENTIAL" designation must obtain a court order before disseminating the information to anyone other than Qualified Recipients.

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com


On Wed, Nov 26, 2025 at 4:27 PM Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:

> Allen,
>
> As to ¶ 9, the challenging of confidentiality, the reason I have it set up that way is 1) it gives specific deadlines by which the parties have to confer – I can increase or decrease these deadlines or change how to confer in any way you like -- and 2) since the burden is on the person making the designation to retain confidentiality (as in the existing rule of the magistrate), then the burden to move also should be on the designating party. To be clear, **there is no difference in the burden** in maintaining confidentiality, just as to who moves.
>
> I am fine agreeing with all your other changes.
>
> If you can agree to leave ¶ 9 the way it is drafted (Arthur and I have agreed to this language in the past), then I can sign the protective order not and get it back to you.
>
> Please LMK.
>
> Thanks.
>
> 
>
> **The Law Office of Ahmad Keshavarz**
> 16 Court St., Suite 2600, Brooklyn, NY 11241-1026
> Cell: (347) 308-4859    Fax: (877) 496-7809
> Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

**From:** Allen Schwartz [mailto:allen@allenschwartzlaw.com]
**Sent:** Wednesday, November 26, 2025 4:18 PM
**To:** Ahmad Keshavarz
**Cc:** Arthur Sanders; Hashem Hussein (hhussein1455@gmail.com); Kevin Gartland
**Subject:** Re: Gachelin - proposed protective order

On behalf of Renaissance, please see my attached comments.

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com


On Tue, Nov 25, 2025 at 3:38 PM Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:

> Attached is a proposed protective order. The revisions from the default protective order can be seen with track changes. Please let me know if you agree to it by signing and returning, or indicating whether I can /s/. If there are proposed revisions it is attached in word with track changes n.
>
> Thanks
>
> 
>
> **The Law Office of Ahmad Keshavarz**
> 16 Court St., Suite 2600, Brooklyn, NY 11241-1026
> Cell: (347) 308-4859    Fax: (877) 496-7809
> Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com