**Allen Schwartz**

---

| | |
|---|---|
| **Subject:** | Gachelin - Draft Protective Order |
| **Date:** | Friday, December 26, 2025 at 1:38:04 PM Eastern Standard Time |
| **From:** | Kevin Gartland <kevin@newyorkconsumerattorney.com> |
| **To:** | Allen Schwartz <allen@allenschwartzlaw.com> |
| **CC:** | Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> |
| **Attachments:** | image001.png, Form Protective Order - track changes - 12-26-25.docx |

Hi Allen – attached is a draft protective order with your proposed language from last month on challenging a confidentiality designation inserted. Please let us know by the end of the day if this is good.

Best,

Kevin Gartland

Associate

(Licensed in NJ, admission pending in NY)



**The Law Office of Ahmad Keshavarz**

16 Court St., Suite 2600, Brooklyn, NY 11241-1026

Cell: (347) 308-4859    Fax: (877) 496-7809

Website: www.NewYorkConsumerAttorney.com   Email: kevin@NewYorkConsumerAttorney.com