**Allen Schwartz**

| | |
|---|---|
| **Subject:** | Re: Gachelin - Plaintiff's original answers to the discovery demands of RENASISSANCE EQUITY HOLDINGS LLC D |
| **Date:** | Tuesday, December 30, 2025 at 12:36:51 PM Eastern Standard Time |
| **From:** | Allen Schwartz <allen@allenschwartzlaw.com> |
| **To:** | Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> |
| **CC:** | Hashem Hussein <hhussein1455@gmail.com>, Arthur Sanders <asanders@bn-lawyers.com>, Gary Kavulich <gkavulich@kavulichandassociates.com>, Kevin Gartland <kevin@newyorkconsumerattorney.com> |
| **Attachments:** | image001.png |

With regard to the protective order, I sent you proposed language and you waited 30 days to even address the issue, repeatedly telling me in emails that you would address the protective order later. Then on Friday, you emailed me about it and I said, did you inquire with any of the other parties in the 30 days if they have comments. Apparently, you have not. I of course cannot object to a proposed protective order that I myself proposed, so your claim that I am refusing is entirely specious. Perhaps in the past 30 days, you should have inquired with the other parties as to their comments, if any, not 2 days before New Years.  I am available to confer right now with you before you head out on your vacation, including with respect to any discovery deficiencies you claim on my client's end.

Allen Schwartz, Esq.
Schwartz Law PLLC
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Cell: 773-808-8972
Email: Allen@allenschwartzlaw.com


On Tue, Dec 30, 2025 at 12:19PM Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:

> I am heading to vacation in a few minutes for the rest of the week. The timing demands are unreasonable especially given the time the fact I have been conferred for two months for you to provide amended discovery answers and documents – for which you have provided not documents.
>
> I will be able to speak after the new year regarding the concerns you raised for the first time in a letter propounded a few minutes ago for discovery responses served last night.  Please provide proposed dates and times for the week of January 5 and January 12 and I will get back to you when I return to the office.
>
> You appear unwilling to sign the proposed protective order despite it including all of the revisions you suggested. Please either sign off today or we will file an application and note your positions in

this regard in an application to the court.

You had not revised the discovery answers to remove the objections as you promised weeks ago to all or almost all of the discovery demands. You are weeks behind in your promise to do so. You have not provided a single document – both requiring a protective order to produce anything and refusing to sign the protective order that includes all of the language you have promised. It is also not possible that there is not a single document that requires a protective order.



**The Law Office of Ahmad Keshavarz**

16 Court St., Suite 2600, Brooklyn, NY 11241-1026

Cell: (347) 308-4859    Fax: (877) 496-7809

Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com

**From:** Allen Schwartz [mailto:allen@allenschwartzlaw.com]
**Sent:** Tuesday, December 30, 2025 12:04 PM
**To:** Ahmad Keshavarz
**Cc:** Hashem Hussein; Arthur Sanders; Gary Kavulich; Kevin Gartland
**Subject:** Re: Gachelin - Plaintiff's original answers to the discovery demands of RENASISSANCE EQUITY HOLDINGS LLC D

Mr. Keshavarz,

Please see the attached letter.

Thank you,

Allen

Allen Schwartz, Esq.

Schwartz Law PLLC

150 Broadway, Suite 701

New York, NY 10038

Tel: 347-460-5379

Cell: 773-808-8972

Email: Allen@allenschwartzlaw.com

On Mon, Dec 29, 2025 at 10:36PM Ahmad Keshavarz <ahmad@newyorkconsumerattorney.com> wrote:

> Please see attached.
>
> 
>
> **The Law Office of Ahmad Keshavarz**
>
> 16 Court St., Suite 2600, Brooklyn, NY 11241-1026
>
> Cell: (347) 308-4859     Fax: (877) 496-7809
>
> Website: www.NewYorkConsumerAttorney.com   Email: ahmad@NewYorkConsumerAttorney.com