# A HMAD  K ESHAVARZ

*Attorney at Law*

16 C OURT S TREET, #2600        WWW.N EW Y ORK C ONSUMER A TTORNEY.COM          Telephone: (718) 522-7900
B ROOKLYN, NY 11241            E-mail: ahmad@NewYorkConsumerAttorney.com                 Fax: (877) 496-7809

February 20, 2026

**VIA ECF**

Honorable Lara K. Eshkenazi
United States District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:** **Plaintiffs' Response to Landlord Defendants' Motion to Withdraw Any Deemed Admissions (Dkt. 72)**
> ***Gachelin et al. v. Kavulich & Associates, P.C. et al.*, 1:25-cv-03127-PKC-LKE**

Dear Judge Eshkenazi:

Plaintiffs consent to the Landlord Defendants' application to withdraw any deemed admissions, and consent to accept the February 12 service of the Request for Admission answers as timely.


Respectfully,
/s/
Ahmad Keshavarz

1