UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK
LOUIS GACHELIN and DEBORAH ABRAHAMS, Plaintiffs, v. KAVULICH & ASSOCIATES, P.C.,
GARY KAVULICH, RENAISSANCE EQUITY HOLDINGS LLC D, HASHEM HUSSEIN, and A & F
PROCESS SERVICE, INC. d/b/a ALLIED PROCESS SERVICE, Defendants.
Case No. 1:25-cv-03127 (PKC) (LKE)

Dear judge,
Good morning/afternoon your honor. First I would like to apologize for take your time and also thank you for your time. I am writing you this in hopes of assistance. There is an upcoming in person hearing upcoming for this case and would like to request permission to appear by telephone or video call if possible. I am a single parent and having difficulties with pacer and was not made aware of this date till resent. I currently reside in buffalo which also makes more difficult. My apologies for not making this request in the proper forum(motion). Again I am sorry for taking up your time and thank you for your time as well.

s/Hashem Hussein
27 Frank ave buffalo ny 14210
Hhussein1455@gmail.com
02/27/2026

*** Filed ***
01:20 PM, 27 Feb, 2026
U.S.D.C., Eastern District of New York