# AHMAD KESHAVARZ

*Attorney at Law*

---

16 COURT ST., 26TH FLOOR
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

April 8, 2026

**VIA ECF**
The Honorable Lara K. Eshkenazi, Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:    **Joint status from Plaintiffs and Defendant *pro se* Hashem Hussein regarding depositions.**
>
> *Gachelin et al. v. Kavulich & Associates, P.C. et al.,* Case 1:25-cv-03127-PKC-LKE

Dear Judge Eshkenazi:

The undersigned represents Plaintiffs Louis Gachelin and Deborah Abrahams in the above-entitled action. I write jointly with Defendant *pro se* Hashem Hussein pursuant to Your Honor's April 1, 2026 ECF Order that "Plaintiffs and Defendant Hussein are directed to file a joint status report by 4/9/2026 updating the Court on the status of Defendant Hussein's deposition, and whether the parties seek judicial intervention."

Plaintiffs have withdrawn, without prejudice, their notice of deposition of Mr. Hussein. As such, neither Mr. Hussein nor Plaintiffs seek judicial intervention at this time in relation to the issue of the deposition of Mr. Hussein.

Sincerely,                                Sincerely,
/s/                                       /s/
Ahmad Keshavarz                           Hashem Hussein, *pro se*

cc: All Counsel via ECF

1