# AHMAD KESHAVARZ
## *Attorney at Law*

---

16 COURT ST., 26TH FLOOR
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

April 14, 2026

**VIA ECF**
The Honorable Lara K. Eshkenazi, Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:**    **Joint status report from all Parties regarding discovery and settlement.**
>
> *Gachelin et al. v. Kavulich & Associates, P.C. et al.,* Case 1:25-cv-03127-PKC-LKE

Dear Judge Eshkenazi:

The undersigned represents Plaintiffs Louis Gachelin and Deborah Abrahams in the above-entitled action.

On April 9, 2026 Your Honor issued an ECF Order, directing the parties to file a status report by today, April 14, 2026, which modified the deadline in the preceding order of March 5, 2026, that directed the parties to file a status report by March 31, 2026.

Plaintiffs circulated a proposed joint letter earlier today. Plaintiffs and the Landlord Defendants have been working to finalize joint language as between their clients regarding discovery and settlement efforts, but have not heard back from the other Parties. Plaintiff and the Landlord Defendants respectfully request an extension to file the joint status letter to April 17, 2026. Plaintiff and/or the Landlord Defendants will circulate revised proposed language to all Parties tomorrow, April 15, 2026, and solicit any further comments or revisions.

Though the parties will elaborate in the forthcoming joint status report as to the status of discovery and settlement discussions, Plaintiffs can inform the Court that they have exchanged confidential settlement demands and offers with the Landlord Defendants, and separately with A & F Process Service, Inc. Plaintiffs also recently received a settlement offer from Kavulich to which Plaintiffs will be making a confidential response.

We apologize for the delay in submitting a joint status letter.

Sincerely,
/s/
Ahmad Keshavarz

cc: All Counsel via ECF

1