# A H M A D   K E S H A V A R Z

*Attorney at Law*

---

16 COURT ST., 26TH FLOOR
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

April 17, 2026

**VIA ECF**
The Honorable Lara K. Eshkenazi, Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:** **Joint status report from all Parties regarding discovery and settlement.**
>
> *Gachelin et al. v. Kavulich & Associates, P.C. et al.,* Case 1:25-cv-03127-PKC-LKE

Dear Judge Eshkenazi:

The undersigned represents Plaintiffs Louis Gachelin and Deborah Abrahams in the above-entitled action.

I write jointly with all Defendants pursuant to Your Honor's April 9, 2026 ECF Order, directing the parties to file a status report by today, April 14, 2026; and the preceding order of March 5, 2026, directing the parties to file a status report by March 31, 2026. The Parties apologize for failing to submit this status report before the Court's original deadline.

In terms of settlement, Plaintiffs have exchanged confidential settlement demands and offers with the Landlord Defendants. Separately, Plaintiffs have exchanged confidential settlement demands and offers with A & F Process Service, Inc. Lastly, Plaintiffs have recently received a settlement offer from Kavulich to which Plaintiff will be making a confidential response.

Regarding the discovery between Plaintiff and the Landlord Defendants ordered by the Court on March 5, 2026, Plaintiffs and the Landlord Defendants began settlement discussions in or about mid-March 2026, and have since focused their efforts on settlement. The Landlord Defendants and Plaintiffs are continuing to engage in good-faith settlement discussions and on or before April 24, 2026, the Landlord Defendants will provide a counteroffer to Plaintiffs' most recent settlement demand. Plaintiffs will respond to the revised counteroffer by April 27, 2026. If further settlement offers or demands are made thereafter, the receiving party will respond within one week. Given the ongoing settlement dialogue, Plaintiffs and the Landlord Defendants respectfully request that the deadline for compliance with the March 5, 2026 discovery order be extended, *nunc pro tunc*, and that discovery be stayed for 60 days. On or before June 17, 2026, or at such other date requested by the Court, the parties will jointly apprise the Court as to whether they have been able to resolve their disputes and/or the status of their settlement discussions. The parties respectfully request that the Court extend the deadline for fact discovery to be completed from the current deadline of April 28, 2026 to a date that is at least 60 days after the expiration of the requested discovery stay. Other than what is detailed in this paragraph, there are currently no discovery disputes with the Parties that require court intervention.

Sincerely,
/s/
Ahmad Keshavarz

cc: All Counsel via ECF