

Allen Schwartz, Esq.
150 Broadway, Suite 701
New York, NY 10038
(347) 682-5075
allen@allenschwartzlaw.com

**VIA ECF**                                                    June 29, 2026

Honorable Lara K. Eshkenazi
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Gachelin et al v. Kavulich & Associates, P.C. et al*, **1:25-cv-03127-PKC-LKE**

Dear Judge Eshkenazi:

This firm represents Clipper Equity LLC, Clipper Realty Inc., Clipper Realty L.P., Renaissance Equity Holdings LLC and Renaissance Equity Holdings LLC D (the "Landlord Defendants"). The Landlord Defendants and Plaintiffs have been engaged in lengthy settlement discussions, and after many back and forth demands and offers, the Landlord Defendants believe that they are close to reaching a settlement with Plaintiffs subject to the drafting and execution of a written settlement agreement. The Landlord Defendants respectfully request that the Court extend the close of fact discovery for at least another 30 days—and the Landlord Defendants will update the Court on or before July 13, 2026 as to whether they have concluded a settlement or if it appears that no such settlement will be entered and finalized.

I attempted to contact Plaintiffs' counsel prior to making this application but did not receive a response and understand that Plaintiffs' counsel is presently abroad on vacation.

Sincerely,

/s/ Allen Schwartz, Esq.