**B N**

BARRON & NEWBURGER, PC

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

July 13, 2026

Hon. Pamela K. Chen
U.S. District Court
225 Cadman Plaza
Brooklyn, NY  11201

Re:     Gachelin, et al v. A & F Process Service d/b/a Allied Process Service, Inc., et al
        Docket No. 25-cv-03127

Dear Judge Chen:

I am pleased to report that this matter has been settled with respect to defendant A & F Process Service, d/b/a Allied Process Service, Inc.  The settlement has been completed and we hereby submit a proposed Agreed Order of Dismissal for review and endorsement by the Court.

Thank you for your attention to this matter.

Sincerely,

BARRON & NEWBURGER, P.C.

_____
By:  Arthur Sanders

as/ctw
Attachment

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

LOUIS GACHELIN and DEBORAH ABRAHAMS,

                       Case No.: 1:25-03127-PKC-LKE

            Plaintiffs,

      -against-

KAVULICH & ASSOCIATES, P.C., GARY
KAVULICH, RENAISSANCE EQUITY
HOLDINGS LLC D, RENAISSANCE EQUITY
HOLDINGS LLC, CLIPPER REALTY INC.,
CLIPPER EQUITY LLC, CLIPPER REALTY
L.P., A & F PROCESS SERVICE d/b/a ALLIED
PROCESS SERVICE, INC., and
HASHEM HUSSEIN,

                Defendants.

------------------------------------------------------------X

## AGREED ORDER OF DISMISSAL AS TO A & F PROCESS SERVICE d/b/a ALLIED PROCESS SERVICE, INC. ONLY

Plaintiffs, LOUIS GACHELIN and DEBORAH ABRAHAMS, hereby voluntarily dismiss this action against Defendant A & F PROCESS SERVICE d/b/a ALLIED PROCESS SERVICE, INC., with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii). This Dismissal Order does not effect Plaintiffs' claims against any other Defendant.

An executed faxed or scanned copy of this Agreed Order shall be deemed as a signed original.

SO ORDERED this _____ day of _____, 2026.

_____
Hon. Pamela K. Chen
District Judge

AGREED BY:

Plaintiffs LOUIS GACHELIN and DEBORAH ABRAHAMS

By: S/*Ahmad Keshavarz*

      Ahmad Keshavarz
      The Law Office of Ahmad Keshavarz


Defendant A & F PROCESS SERVICE /b/a ALLIED PROCESS SERVICE, INC.

By: *Arthur Sanders*

      Arthur Sanders
      Barron & Newburger, P.C.