# AHMAD KESHAVARZ
## *Attorney at Law*

---

16 COURT STREET, #2600
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

July 29, 2026

**VIA ECF**

Honorable Lara K. Eshkenazi
United States District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:** **Request for extension of time to file joint status letter.**
> ***Gachelin et al v. Kavulich & Associates, P.C. et al*, 1:25-cv-03127-PKC-LKE**

Dear Judge Eshkenazi:

The undersigned represents Plaintiffs in this action.

On June 30, 2026 Your Honor issued an ECF Order that "the parties are directed to file a joint status report or stipulation of dismissal" by July 29, 2026. The Parties are still conferring to attempt to address certain settlement issues. Plaintiff respectfully requests an extension to July 12, 2026 to file a joint status report or stipulation of dismissal.

Sincerely,
/s/
Ahmad Keshavarz