

Allen Schwartz, Esq.
150 Broadway, Suite 701
New York, NY 10038
(347) 682-5075
allen@allenschwartzlaw.com

**<u>VIA ECF</u>**                                                                July 29, 2026

Honorable Lara K. Eshkenazi
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   **Re:  *Gachelin et al v. Kavulich & Associates, P.C. et al*, 1:25-cv-03127-PKC-LKE**

Dear Judge Eshkenazi:

  This firm represents Clipper Equity LLC, Clipper Realty Inc., Clipper Realty L.P., Renaissance Equity Holdings LLC and Renaissance Equity Holdings LLC D (the "<u>Landlord Defendants</u>"). Over the past approximately 30 days, the Landlord Defendants have been negotiating settlement language with Plaintiffs. On Friday, they exchanged a draft settlement agreement that they believe is acceptable to the Landlord Defendants and Plaintiffs. No settlement agreement between the Landlord Defendants and Plaintiffs, however, has been executed yet. The Landlord Defendants join Plaintiffs' request this evening to extend the time to file a joint status report and expect that Plaintiffs and the Landlord Defendants will enter and execute a settlement agreement promptly. To preserve their rights, the Landlord Defendants respectfully request that the Court extend the end date for discovery for 30 days.

     Sincerely,

     /s/ Allen Schwartz, Esq.