

**BARRON & NEWBURGER, PC**

**Arthur Sanders**
*Attorney*

Office 845-499-2990  |  E-Mail: asanders@bn-lawyers.com

August 13, 2026

Hon. Lara K. Eshkenazi
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     GACHELIN & ABRAHAMS v. A & F PROCESS SERVICE, INC., et al
        Docket No. 25-CV-3127

Dear Judge Eshkenazi:

As you know, this office represents defendant A & F Process Service, Inc., d/b/a Allied Process Service ("Allied").

This letter is written in response to the most recent filing by plaintiffs' counsel [Doc. 88], which is labeled as a Joint Status Report From All Parties. It would be more accurate to describe the document as Joint Status Report From All Remaining Parties as the undersigned did not contribute to the document and would never agree to some of its key representations.

The document represents the status of insurance coverage in this matter and in a separate identified matter entitled, "Watkins v. Malen & Associates, P.C.," 25-CV-04295-EK-LKE.

Plaintiffs' counsel correctly notes that his clients' claims against Allied have been resolved in this case. Plaintiffs' counsel notes, in addition, that he has somehow heard of additional insurance that "appears to cover the claims of the plaintiffs against Allied…". This representation is false and ignores the previous explanation that our office provided to him regarding insurance.

The insurance policies that plaintiffs' counsel heard about were procured by my client after his prior carrier disclaimed coverage. The new insurance was obtained after the instant matter and the Watkins matter had already been filed. The new insurance will protect my client in any future lawsuits, but not in this lawsuit and not in the Watkins matter. It would have been wonderful to obtain an insurance policy containing retroactive coverage for events that had already occurred, but that is not the case.

While we take no position with respect to the relief that plaintiffs' counsel seeks in his most recent filing, we want the Court to be aware of our position with respect to the availability of insurance coverage. Plaintiffs' position is frustrating my client's ability to settle the Watkins case as plaintiffs' counsel appears to believe that the appearance of insurance will greatly inflate the value of the potential recovery.

Thank you for your consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

By: Arthur Sanders
as/ctw