# AHMAD KESHAVARZ
### *Attorney at Law*

---

16 COURT ST., 26TH FLOOR
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

August 14, 2026

**VIA ECF**
The Honorable Lara K. Eshkenazi, Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:**     **Plaintiffs' status report.**
>
> *Gachelin et al. v. Kavulich & Associates, P.C. et al.,* Case 1:25-cv-03127-PKC-LKE

Dear Judge Eshkenazi:

The undersigned represents Plaintiffs Louis Gachelin and Deborah Abrahams in the above-entitled action. Defendants are the debt collection law firm Kavulich & Associates, P.C. and the firm's principal, Gary Kavulich (collectively "Attorney Defendants"); Hashem Hussein, an individual process server and A & F Process Service, Inc. d/b/a Allied Process Service ("Allied"), a process servicing agency (collectively "Process Server Defendants"); as well Plaintiff's former landlord, property management agency, and related entities (collectively the "Landlord Defendants").

I have subpoenas outstanding in Watkins and will issue them in this case as well. At least one of the carriers has forwarded the claim in Watkins to an adjuster. It may be, at the end of the day, that there is no policy in effect during the time of the occurrence and that is simply a coincidence that Allied purchased a policy shortly after being sued. It may be there was no prior policy in effect to cover the claims as to Hussein covering the claims in the complaint.  But I have enough evidence to need to explore the issue further.

Mr. Sanders only knows what his client informs him about insurance coverage. I have known Mr. Sanders for more than 15 years, have litigated more than a dozen cases with him on the other side. He is one of the best and most forthright attorneys I have dealt with. But Mr. Sanders only knows what his client tells him and, since there is a method to independently and definitely determine insurance coverage it would seems reasonable – and indeed important in protecting the rights of Plaintiffs – for the Court to reconsider granting the relief Plaintiff

I am leaving for the airport for a family vacation within the hour, and, if the relief requested in the last status report is not reconsidered, then I respectfully requrst a 30-day discovery cut off extension.  I had held back from pressing discovery because it appeared the case was close to settling with all parties. However, upon learning about the insurance issue and the possible scope of the policies the case is in a dramatically different settlement posture until a definitive answer to coverage is determined.

I thank the Court for its consideration.

Sincerely,
/s/
Ahmad Keshavarz

cc: All Counsel via ECF