**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

**LOUIS GACHELIN and DEBORAH ABRAHAMS,**

**Case No.: 1:25-03127-PKC-LKE**

**Plaintiffs,**

**-against-**

**KAVULICH & ASSOCIATES, P.C., GARY KAVULICH, RENAISSANCE EQUITY HOLDINGS LLC D, RENAISSANCE EQUITY HOLDINGS LLC, CLIPPER REALTY INC., CLIPPER EQUITY LLC, CLIPPER REALTY L.P., A & F PROCESS SERVICE d/b/a ALLIED PROCESS SERVICE, INC., and HASHEM HUSSEIN,**

**Defendants.**

-----------------------------------------------------------------X

**AGREED ORDER OF DISMISSAL AS TO LANDLORD DEFENDANTS ONLY**

Plaintiffs, LOUIS GACHELIN and DEBORAH ABRAHAMS, hereby voluntarily dismiss this action against Defendants RENAISSANCE EQUITY HOLDINGS LLC D, RENAISSANCE EQUITY HOLDINGS LLC, CLIPPER EQUITY LLC, CLIPPER REALTY L.P., and CLIPPER REALTY, INC. with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii). Said Settling Parties request the court to retain jurisdiction to enforce the terms of their settlement agreement. This Agreed Order of Dismissal does not extend to the other named defendants in this action.

An executed faxed or scanned copy of this Agreed Order shall be deemed as a signed original.

**SO ORDERED this __________ day of _______________, 2026.**

_________________________

**Hon. Pamela K. Chen**
**District Judge**

AGREED BY:

Plaintiffs LOUIS GACHELIN and DEBORAH ABRAHAMS

By: _______/s/ Ahmad Keshavarz_______
Ahmad Keshavarz
The Law Office of Ahmad Keshavarz

Defendants RENAISSANCE EQUITY HOLDINGS LLC D, RENAISSANCE EQUITY HOLDINGS LLC, CLIPPER EQUITY LLC, CLIPPER REALTY L.P., and CLIPPER REALTY, INC.

By: Allen Schwartz
Allen Schwartz
Schwartz Law PLLC